**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Atlas Global Technologies LLC,<br><br>Plaintiff,<br><br>v.<br><br>Walmart Inc.<br><br>Defendant. | Civil Action No. 2:26-cv-00317<br><br>Jury Trial Demanded |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Atlas Global Technologies LLC ("Atlas") files this Complaint against Walmart Inc. ("Walmart") for infringement of U.S. Patent Nos. 9,628,310 ("the '310 patent"), 10,020,919 ("the '919 patent"), 10,348,471 ("the '471 patent"), and 10,965,425 ("the '425 patent"). The '310 patent, '919 patent, '471 patent, and '425 patent are referred to collectively as the "patents-in-suit."

## THE PARTIES

1. Plaintiff Atlas is a limited liability company organized under the laws of Texas with its principal place of business at 3050 Tamarron Blvd., Unit 3305, Austin, TX 78746.

2. Defendant Walmart is a Delaware corporation headquartered at 702 S.W. 8th Street, Bentonville, Arkansas 72716. Walmart maintains a substantial corporate presence in the State of Texas and in this District. For example, Walmart maintains regular and established places of business in this District via its numerous retail units and supply chain facilities at, for example, 425 Coit Rd., Plano, TX 75075; 6000 Coit Rd., Plano, TX 75023; 6001 N. Central Expy., Plano, TX 75023; 8555 Preston Rd., Frisco, TX 75034; 355 Stonebrook Pkwy., Frisco, TX 75036; 16600 FM 423, Frisco, TX 75034; 12220 FM 423, Frisco, TX 75033; 16066 State Highway 121,

Frisco, TX 75035; 730 W. Exchange Pkwy., Allen, TX 75013; 1701 E. End Blvd. N., Marshall, TX 75670; 2120 Stemmons Fwy., Sanger, TX 76266; 8660 US-79 S., Palestine, TX 75803; and 201 Old Elkhart Rd., Palestine, TX 75801.[1] Walmart also operates and owns an online store (accessible via https://www.walmart.com/) through which Walmart markets, offers, sells, offers to sell, distributes, provides, and imports, throughout and into the United States, the State of Texas, and this District, numerous products that comply with, implement, support, or utilize the Institute of Electrical and Electronics Engineers' ("IEEE") 802.11ax™-2021 ("Wi-Fi 6") Standard and operate on Wi-Fi 6 and Wi-Fi 6E networks. Walmart may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

3. Walmart is the largest employer in Texas.[2] It maintains 593 retail units and 22 supply chain facilities in Texas.[3]

---

[1] https://www.walmart.com/store-directory/tx/ (last accessed April 20, 2026); https://maps.app.goo.gl/3RCrocsS5trHTVUg8 (last accessed April 20, 2026); https://maps.app.goo.gl/fAzrBkr1rmu2pBo4A (last accessed April 20, 2026); https://maps.app.goo.gl/8EXLvrtH6oYd92A99 (last accessed April 20, 2026).

[2] https://worldpopulationreview.com/state-rankings/largest-employer-by-state (last accessed April 20, 2026).

[3] https://corporate.walmart.com/about/location-facts/united-states/texas (last accessed April 20, 2026).

# Texas by the Numbers

## Our Footprint

Total Retail Units[1] **593** Supply Chain Facilities[2] **22**

| | | | | | |
|---|---|---|---|---|---|
| Supercenters | 393 | Discount Stores | 18 | Neighborhood Markets | 96 |
| Sam's Club | 82 | Pharmacy Formats | 4 | Walmart Fuel Stations | N/A |

## Investing in American businesses

Spent with suppliers[3]
**$106.8 B**

Number of suppliers
**2,509**

Supplier jobs supported
**219,404**

## Empowering communities

Total donations (Walmart, Sam's Club, Walmart Foundation)[4]
**$159.0 M**

Pounds of food donated[5]
**91.9 M**

Equivalent meals donated[6]
**76.6 M**

## Working at Walmart

Associates in Texas[7]
**178,823**

Average wage[8]
**$18.92**

Hourly associates promoted[9]
**11,500**

4. On December 3, 2024, Walmart completed its acquisition of Vizio Holding Corp. ("Vizio"). As a result of this acquisition, Vizio became a wholly owned subsidiary of Walmart and Seth Dallaire, the Executive Vice President and Chief Growth Officer of Walmart,[4] was elected as the sole director of Vizio.[5] On information and belief, since at least the end of 2025, Vizio-branded

[4] https://corporate.walmart.com/about/leadership/seth-dallaire (last accessed April 20, 2026).
[5] https://www.sec.gov/Archives/edgar/data/1835591/000119312524269483/d909505d8k.htm (last accessed April 20, 2026).

TVs are available for purchase in the United States only through Walmart.[6] Further, Walmart's official career page lists open positions for Vizio.[7] Accordingly, and on information and belief, since the completion of the acquisition, Vizio has been operating under Walmart's direction and control.

5. Walmart develops, designs, manufactures, distributes, markets, offers to sell, sells, and/or imports infringing products within, and to, the United States, the State of Texas, and this District, and otherwise purposefully directs infringing activities to this District in connection with its numerous retail units and supply chain facilities in this District, its walmart.com website, and its other places of business in Texas and the rest of the United States.

## JURISDICTION AND VENUE

6. This action arises under the patent laws of the United States, 35 U.S.C. § 101, *et seq*. This Court's jurisdiction over this action is proper under the above statutes, including 35 U.S.C. § 271, *et seq*., 28 U.S.C. § 1331 (federal question jurisdiction), and 28 U.S.C. § 1338 (jurisdiction over patent actions).

7. This Court has personal jurisdiction over Walmart in accordance with due process and/or the Texas Long Arm Statute at least because Walmart does business in this State by, among other things, "recruit[ing] Texas residents, directly or through an intermediary located in this state,

---

[6] https://www.bloomberg.com/news/articles/2025-07-17/walmart-plans-to-sell-vizio-tvs-exclusively-as-a-private-brand (last accessed April 20, 2026); https://displaydaily.com/walmart-consolidates-vizio-tvs-into-exclusive-in-house-strategy-reshaping-the-ctv-landscape/ (last accessed April 20, 2026).
[7] *See* https://careers.walmart.com/us/en/results?searchQuery= (last accessed April 20, 2026).

for employment inside or outside this state." TEX. CIV. PRAC. & REM. CODE § 17.042(3). For instance, Walmart has numerous job openings in Texas as of April 20, 2026.[8]







[8] https://careers.walmart.com/us/en/results?searchQuery= (last accessed April 20, 2026); https://www.linkedin.com/jobs/search/?currentJobId=4378096686&f_C=2646%2C1527003%2C82481809%2C40925%2C89154726%2C18632302%2C31305115%2C1467166%2C11174522%2C1559771%2C7001%2C7556%2C82099760%2C2832973&geoId=102748797&origin=JOB_SEARCH_PAGE_LOCATION_AUTOCOMPLETE&refresh=true (last accessed April 20, 2026).




8. Furthermore, according to its LinkedIn page, Walmart has over 937 employees in Frisco and Plano, including 239 in engineering positions:[9]

[9] Walmart – People, https://www.linkedin.com/company/walmart/people/?facetGeoRegion=100517351%2C105918502 (last accessed April 20, 2026).




9. This Court also has personal jurisdiction over Walmart because Walmart has engaged, and continues to engage, in continuous, systematic, and substantial activities within this State, including the significant marketing and sale of products within this State and this District. Furthermore, upon information and belief, this Court has personal jurisdiction over Walmart because Walmart has committed acts giving rise to Atlas's claims for patent infringement within

and directed to this District and has derived substantial revenue from its goods and services provided to individuals and entities in this State and this District.

10. Walmart is also subject to personal jurisdiction in this Court because, *inter alia*, it maintains regular and established places of business in this District, including at least its numerous retail units and supply chain facilities located at, for example, 425 Coit Rd., Plano, TX 75075; 6000 Coit Rd., Plano, TX 75023; 6001 N. Central Expy., Plano, TX 75023; 8555 Preston Rd., Frisco, TX 75034; 355 Stonebrook Pkwy., Frisco, TX 75036; 16600 FM 423, Frisco, TX 75034; 12220 FM 423, Frisco, TX 75033; 16066 State Highway 121, Frisco, TX 75035; 730 W. Exchange Pkwy, Allen, TX 75013; 1701 E End Blvd N, Marshall, TX 75670; 2120 Stemmons Fwy., Sanger, TX 76266; 8660 US-79 S, Palestine, TX 75803; and 201 Old Elkhart Rd., Palestine, TX 75801.

11. Additionally, according to the Collin County Central Appraisal District (CAD) website, Walmart owns another location in this District at 8375 Dominion Parkway, Plano, Texas 75024.[10]

Property ID: 2907216 For Year 2026 Print

**Property Details**

| | | | |
|---|---|---|---|
| **Account** | | | |
| **Property ID:** | 2907216 | **Geographic ID:** P-9000-224-2301-1 | |
| **Type:** | P | | |
| **Property Use:** | | **Condo:** | |
| **Location** | | | |
| **Situs Address:** | 8375 DOMINION PKWY PLANO, TX 75024 | | |
| **Map ID:** | 095.N | | |
| **Legal Description:** | BPP AT DATABANK DATA CENTER | | |
| **Abstract/Subdivision:** | | | |
| **Neighborhood:** | | | |
| **Owner** | | | |
| **Owner ID:** | 1312164 | | |
| **Name:** | WALMART INC | | |
| **Agent:** | PROPERTY TAX ADVISORY GROUP | | |
| **Mailing Address:** | PO BOX 2457<br>SECAUCUS, NJ 07096-2457 | | |
| **% Ownership:** | 100.0% | | |
| **Exemptions:** | 145B -<br>For privacy reasons not all exemptions are shown online. | | |

**Property Values**

| | |
|---|---|
| **Personal Property Value:** | $14,157,909 |
| **Market Value:** | $14,157,909 |
| **Assessed Value:** | $14,157,909 |

Information provided for research purposes only. Legal descriptions and acreage amounts are for Appraisal District use only and should be verified prior to using for legal purpose and or documents.

[10] Collin CAD – Property Search, https://esearch.collincad.org/ (last accessed April 20, 2026).

12. Relative to patent infringement, Walmart has committed and continues to commit acts in violation of 35 U.S.C. § 271, and has made, used, offered for sale, sold, or imported infringing products, systems, and/or services in, and to, this State, including this District, and has otherwise engaged in infringing conduct within and directed at, or from, this District. As set out further below, such infringing products, systems, and/or services (collectively, the "Accused Instrumentalities") include any and all products Walmart makes, uses, sells, offers to sell, and/or imports that comply with, implement, support, or utilize the Wi-Fi 6 Standard. The Accused Instrumentalities have been, and continue to be, distributed to this District at least through Walmart's myriad physical locations in this district and the walmart.com website. Walmart's infringing activities have caused harm to Atlas in this District. Walmart offers to sell and sells the Accused Instrumentalities to customers within this District, and, on information and belief, Walmart and/or its customers use the Accused Instrumentalities in this District in an infringing manner.

13. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Walmart has regular and established places of business in at least Plano, Frisco, Allen, Marshall, Sanger, and Palestine, Texas, which are in this District. Venue is further proper in this District because Walmart has directly infringed and/or induced the infringement of others, including its customers, in this District.

## THE 802.11 STANDARD

14. Wireless Local Area Networks (WLANs) have become ubiquitous with the rise of mobile telecommunication devices. These wireless networks operate using an unlicensed band of 2.4 GHz, 5 GHz, and/or 6 GHz. The operation of WLANs is standardized by the Institute of

Electrical and Electronics Engineers ("IEEE") Part 11 under the name of "Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," also known as "Wi-Fi."

15. After an original Wi-Fi standard was published in 1999, new standard versions have been published by amendment. For example, the IEEE standard 802.11a (IEEE Std 802.11a-1999) was published in 1999, the IEEE standard 802.11b (IEEE Std 802.11b-1999) was published in 1999, and the IEEE standard 802.11g (IEEE Std 802.11g-2003) was published in 2003. Subsequently, the IEEE standard 802.11n (IEEE Std 802.11n-2009) for enhancements for higher throughput (HT) was published in 2009, and the IEEE standard 802.11 ac (IEEE 802.11 ac-2013) for enhancements for very high throughput (VHT) was published in 2013. These prior versions of the 802.11 standard are called legacy standards.

16. As wireless devices proliferated, the need arose to improve the performance of Wi-Fi in high-density scenarios. To address this issue, an IEEE task group began working on a new standard high efficiency (HE) WLAN to enhance the throughput-per-area of Wi-Fi. This standard became known as 802.11ax, commonly called "Wi-Fi 6." The first draft of the 802.11ax Standard (the "Wi-Fi 6 Standard") was published in March 2016. The IEEE approved the final version of the 802.11ax-2021 Standard on February 9, 2021.

17. Wi-Fi 6 provides numerous benefits over previous Wi-Fi standards, which the industry has recognized and actively promoted. For example, Qualcomm has stated that Wi-Fi 6 provides "up to 4x increase in capacity," "higher efficiency," and "improved coverage & performance" over previous Wi-Fi standards.[11] Intel has stated that Wi-Fi 6 offers 9.6 Gbps of

---

[11] Qualcomm, *802.11ax: Transforming Wi-Fi to bring unprecedented capacity & efficiency*, available at: https://www.qualcomm.com/media/documents/files/802-11ax-wi-fi-with-unprecedented-capacity.pdf (last accessed April 20, 2026).

maximum throughput, whereas Wi-Fi 5 offers a maximum throughput of 3.5 Gbps.[12] Intel has also stated that Wi-Fi 6 can result in up to 75% less latency.[13] Cisco has stated that Wi-Fi 6 "lets access points support more clients in dense environments and provide[s] a better experience for typical wireless LAN networks."[14] Broadcom has stated that Wi-Fi 6 will allow devices to "work 6X faster," "deliver up to 7X better battery life," and "expand the Wi-Fi range up to 4X."[15] According to Broadcom, the advantages of Wi-Fi 6 relative to prior versions of the Standard includes "[improving] user experience in dense environments by maximizing average speeds for a large number of devices while preserving the benefits of legacy Wi-Fi technologies, such as backwards compatibility and low cost."[16] Also according to Broadcom, Wi-Fi 6 achieves these advancements through various primary features, including Orthogonal Frequency Division Multiplexing Multiple Access (OFDMA), which increases spectrum capacity by slicing channels into smaller chunks, which together host multiple devices simultaneously; Multi-User MIMO (MU-MIMO) technology to increase channel capacity when simultaneously servicing multiple devices using the same frequency chunks; and smarter access points capable of providing improved outdoor connectivity through longer guard intervals.[17] Among the various improvements obtained from Wi-Fi 6,

---

[12] Intel, *What is Wi-Fi 6*, available at: https://www.intel.com/content/www/us/en/gaming/resources/wifi-6.html (last accessed April 20, 2026).
[13] *Id.*
[14] Cisco, *IEEE 802.11ax: The Sixth Generation of Wi-Fi White Paper*, available at: https://www.cisco.com/c/en/us/products/collateral/wireless/white-paper-c11-740788.html. (last accessed April 20, 2026).
[15] Broadcom, *IEEE 802.11ax The Sixth Generation of Wi-Fi*, available at: https://docs.broadcom.com/doc/80211ax-WP (last accessed April 20, 2026).
[16] *Id.*
[17] *Id.*

outdoor devices that implement Wi-Fi 6 can obtain increased throughput of 50% relative to prior versions of the Standard.[18]

## NEWRACOM

18. The patents-in-suit were invented and developed by engineers at Newracom, a leader and pioneer in wireless communication technology. Newracom was founded in 2014 by a group of 28 former employees of the Electronics & Telecommunications Research Institute ("ETRI"), a research institution funded by the government of Korea.

19. Newracom was a major contributor to the 802.11ax-2021 Standard, providing numerous technical contributions to that Standard which have proven to be highly beneficial in improving the bandwidth of wireless transmissions, while minimizing latency among the devices connected to the wireless local area network. Notably, Newracom has been acknowledged as one of the leaders in both number of technical submissions and the number of submissions ultimately adopted by the 802.11ax Task Group. According to an IAM Industry Report dated April 25, 2018, Newracom was recognized as the world's fourth most active technical contributor to the Wi-Fi 6 Standard, behind only Qualcomm, Intel, and Huawei.[19] The contributions provided by Newracom have led to over 188 United States patents relating to the Wi-Fi 6 Standard.

## THE PATENTS-IN-SUIT

20. Atlas is the sole and exclusive owner of all right, title, and interest in the '310 patent, the '919 patent, the '471 patent, and '425 patent, and holds the exclusive right to take all actions necessary to enforce its rights in and to the patents-in-suit, including the filing of this patent

---

[18] *Id.*
[19] *See* IAM, *IEEE's empirical record of success and innovation following patent policy updates*, available at: https://www.iam-media.com/ieees-empirical-record-success-and-innovation-following-patent-policy-updates (last accessed April 20, 2026).

infringement action. Atlas also has the right to recover all damages for past, present, and future infringements of the Asserted Patents and to seek injunctive relief as appropriate under the law.

21. The ’310 patent is entitled “Long Training Field Sequence Construction.” The ’310 patent lawfully issued on April 18, 2017, and stems from U.S. Patent Application No. 15/079,007 filed on March 23, 2016. The ’310 patent claims priority to U.S. Provisional Application No. 62/138,302, filed on March 25, 2015; U.S. Provisional Application No. 62/157,849, filed on May 6, 2015; U.S. Provisional Application No. 62/214,139, filed on September 3, 2015; U.S. Provisional Application No. 62/214,156, filed on September 3, 2015; U.S. Provisional Application No. 62/236,815, filed on October 2, 2015; U.S. Provisional Application No. 62/250,944, filed on Nov. 4, 2015; and U.S. Provisional Application No. 62/264, 812, filed on Dec. 8, 2015. A copy of the ’310 patent is attached hereto as Ex. 1.

22. The ’919 patent is entitled “Protection Methods for Wireless Transmissions.” The ’919 patent lawfully issued on July 10, 2018, and stems from U.S. Patent Application No. 15/497,094, filed on April 25, 2017, which was a continuation of U.S. Patent Application No. 15/291,947, filed on October 12, 2016. The ’919 patent also claims priority to U.S. Provisional Application No. 62/333,192, filed on May 7, 2016; U.S. Provisional Application No. 62/333,077, filed on May 6, 2016; U.S. Provisional Application No. 62/331,380, filed on May 3, 2016; and U.S. Provisional Application No. 62/240,419, filed on October 12, 2015. A copy of the ’919 patent is attached hereto as Ex. 2.

23. The ’471 patent is entitled “Control Information for Multi-User Transmissions in WLAN Systems.” The ’471 patent lawfully issued on July 9, 2019, and stems from U.S. Application No. 15/231,638, filed on August 8, 2016. The ’471 patent claims priority to U.S. Provisional Application No. 62/202,756, filed on August 7, 2015; U.S. Provisional Application

No. 62/202,758, filed on August 7, 2015; U.S. Provisional Application No. 62/234,567, filed on September 29, 2015; and U.S. Provisional Application No. 62/347,021, filed on June 7, 2016. A copy of the ’471 patent is attached hereto as Ex. 3.

24. The ’425 patent is entitled “Control Information for Multi-User Transmissions in WLAN Systems.” The ’425 patent lawfully issued on March 30, 2021, and stems from U.S. Patent Application No. 16/449,245, filed on July 21, 2019, which was a continuation of U.S. Patent Application No. 15/231,638, filed on August 8, 2016. The ’425 patent claims priority to U.S. Provisional Application No. 62/202,756, filed on August 7, 2015; U.S. Provisional Application No. 62/202,758, filed on August 7, 2015; U.S. Provisional Application No. 62/234,567, filed on September 29, 2015; and U.S. Provisional Application No. 62/347,021, filed on June 7, 2016. A copy of the ’425 patent is attached hereto as Ex. 4.

25. The claims of the patents-in-suit are directed to patent-eligible subject matter under 35 U.S.C. § 101. They are not directed to abstract ideas, and the technologies covered by the claims comprise systems and/or consist of ordered combinations of features and functions that, at the time of the inventions, were not, alone or in combination, well-understood, routine, or conventional.

## THE ACCUSED INSTRUMENTALITIES

26. Walmart makes, uses, sells, offers to sell, and/or imports into the United States and this District products that comply with, implement, support, or utilize the Wi-Fi 6 Standard. These include products designed and/or manufactured by Walmart or one of its affiliates or subsidiaries (such as Vizio and Onn products), as well as other products offered through Walmart’s stores and its walmart.com website. These products constitute the Accused Instrumentalities. The Accused Instrumentalities implement the inventions claimed in the patents-in-suit; the portions of the Wi-

Fi 6 Standard covered by the patents-in-suit are mandatory, and practicing those portions of the Wi-Fi 6 Standard will necessarily infringe the claims of the patents-in-suit.

27. The Accused Instrumentalities include all products Walmart makes, uses, sells, offers to sell, and/or imports that comply with, implement, support, or utilize the Wi-Fi 6 Standard. Non-limiting examples include the following products:

| Exemplary Products | |
|---|---|
| Vizio VQM55C-1004 | Vizio VQM75C-1004 |
| Vizio VQM65C-1004 | Vizio VQD86M-0804 |
| Vizio VQD100M-0804 | Vizio VQD65M-0804 |
| Vizio V4K65M-0804 | Vizio VQD75M-0804 |
| Vizio V4K75M-0804 | Vizio VQD50M-0809 |
| Vizio V4K50M-0807 | Vizio V4K86C-0804 |
| Vizio VQD43M-0801 | Vizio V4K70M-0801 |
| Vizio VQD55M-0804 | Vizio M55Q6-L4 |
| Vizio M75Q6-L4 | Vizio VQP65C-84 |
| Vizio V4K43M-0801 | Vizio VQP75C-84 |
| Vizio M65Q6-L4 | Vizio V4K55M-0801 |
| Vizio M50QXM-K01 | Vizio V435M-K04 |
| Vizio VQM85C-1010 | Vizio VQD85R-1004 |
| Vizio VQD55R-1004 | Vizio VQM43C-1001 |
| Vizio VQD75R-1004 | Vizio VQD70R-1001 |
| Vizio VQD50R-1007 | Vizio VQD43R-1004 |
| Vizio VQM50C-1010 | onn 4K Pro Streaming Device |

| | |
|---|---|
| onn 4K Plus Streaming Device | onn Tablet Pro (2024 Model) |
| Roku Smart TV 2025 Plus Series | Roku Smart TV 2025 Pro Series |
| Roku Ultra | Roku Indoor Camera SE |
| Hisense 75U9N | Hisense 65U75QG |
| Hisense 100U8QG | Hisense 55U75QG |
| Hisense 55U8QG | Hisense 65U8QG |
| Hisense 100U76N | Hisense 85U8QG |
| Hisense 75U8QG | Hisense 100U75QG |
| Hisense 100UX | Hisense 85U9N |
| Hisense 75U75QG | Hisense 85U75QG |
| Linksys AX2200 Dual-Band Mesh WiFi 6 System | Linksys AX2200 Dual-Band Wi-Fi 6 Mesh Router |
| NETGEAR RAX5 | NETGEAR - AX2400 (EAX16) |
| NETGEAR Nighthawk AX1500 Mesh System (MK6W-100NAS) | NETGEAR Nighthawk AXE3000 |
| NETGEAR AX1600 (EAX11-100NAS) | NETGEAR Nighthawk BE3100 (RS70) |
| NETGEAR AX1800 (EAX14) | NETGEAR BE6500 |
| NETGEAR Nighthawk AX2700 | NETGEAR Nighthawk RS90 |
| NETGEAR RAX9 | NETGEAR Nighthawk RS130 |
| NETGEAR RS140 | NETGEAR Nighthawk RS180 |
| NETGEAR AX1800 Multi-Gig | NETGEAR EXS27 |
| NETGEAR Nighthawk AX6000 (CAX80) | NETGEAR Orbi 260 Series RBE262 |
| NETGEAR Orbi Whole Home RBK753P | NETGEAR Orbi 360 Series RBE362 |
| NETGEAR Nighthawk BE9300 | NETGEAR Nighthawk RS200 |

| | |
|---|---|
| NETGEAR AX1800 Dual-Band Outdoor | NETGEAR Orbi 260 Series RBE263 |
| NETGEAR Nighthawk MK73S | NETGEAR Orbi 360 Series RBE363 |
| NETGEAR Nighthawk AX1800 (A7500-100PAS) | NETGEAR Nighthawk RS500 |
| NETGEAR Nighthawk 5G M7 MH7150-100PAS | TCL 98X11L |
| TCL 75QM8K | TCL 65QM8K |
| TCL 85QM8K | TCL 98QM9K |
| TCL 98QM8K | TCL 85QM9K |
| TCL 85X11L | TCL 98X11K |
| TCL 65QM9K | TCL 115QM891G |
| TCL 75QM9K | TCL 85X11K |
| TCL 98R754 | Starlink Standard 4 X |
| Starlink Gen 3 Mesh Router | MSI Raider A18 HX A9WIG-082US |
| MSI Vector 16" Gaming Laptop (HX AI A2XWHG-060US) | MSI All-in-One Computer PRO AP272P 14M-600US |
| MSI Stealth A16 AI+ A3XWHG-079US | MSI All-in-One Computer Modern AM242TP 1M-1092US |
| MSI Creator A16 AI+ 16" Creator Laptop | MSI All-in-One Computer Modern AM242TP 1M-1093US |
| MSI Stealth 14 AI Studio A1VFG-068US | MSI Gaming Desktop PC Codex Z2 A8NVL-484US |
| MSI Katana 15.6 inch QHD 165Hz Gaming Laptop | MSI DP21 SFF PC |
| MSI Modern 15 H C2RMTG-406US | MSI CUBI NUC AI 1UMG-044US |
| MSI Thin A15 B7VE-214US | MSI All-in-One Computer Modern AM272P 1M-821 US |
| MSI Katana 15.6 inch 144Hz Gaming Laptop | MSI PRO DP21 14M-1001US |
| MSI Cyborg 15 15.6" Full HD Gaming Laptop (B2RWFKG-071US) | MSI PRO AP272P 14M-602US |

| | |
|---|---|
| MSI Creator M14 A13VF-081US | MSI PRO DP10 13M-059US |
| MSI Vector 16 inch QHD+ 240Hz Gaming Laptop | MSI CUBI NUC 1MG-011US |
| MSI Katana 15.6" Gaming Laptop B13VFK-817US | MSI PRO DP180 14ANVL-1021US |
| MSI Prestige 13 AI EVO 13.3" QHD+ OLED Ultra Thin and Light Professional Laptop | MSI Codex R2 Gaming PC Intel Core i7-14700F |
| MSI Thin 15.6 inch FHD 144Hz Gaming Laptop | MSI Codex R2 AI 2nd Codex R2 AI B2NVL5-445US |
| MSI Summit E13FlipEvo A13MT-243US | MSI PRO DP80 A14TAG-029US |
| MSI Prestige 14 EVO - 14" Professional Laptop (14Evo B13M-483US) | MSI Cubi NUC 13MQG 223US Mini PC |
| MSI GF63 Thin 15.6" Gaming Laptop (11UC-692) | MSI All-in-One Computer Modern AM242TP 1M-1095US |
| MSI B13VF-2829US | MSI PRO DP21 Small Form Factor Desktop |
| MSI B13UC-1000US | MSI PRO DP21 Desktop Intel Core i7-13700 |
| MSI B13VE-3023US | MSI All-in-One Computer Modern AM272P 1M-819US |
| MSI Modern 15 B13M Modern 15 B13M-1097US 15.6" Notebook | MSI PRO AP272P -601US 27 inch All-in-One PC |
| MSI GF63 Thin 11UC-1276US 15.6" Gaming Laptop | MSI All-in-One Computer Modern AM272P 1M-823US |
| MSI Roamii BE Lite Mesh System | MSI PRO AP272P 14M-603US |
| MSI Vision RS AI Gaming Desktop | MSI CUBI 5 12M-265US |
| MSI PRO DP400 AI 2NVR-024US | MSI PRO DP180 14A-1025US |
| MSI PRO DP400 14NVP-013US | MSI Cubi NUC 010US Mini PC |
| MSI Aegis R2 Gaming Desktop Intel i5-14400F | MSI Cubi 5 12M, 0.7L Intel Core i5-1235U Mini PC Barebone |
| MSI PRO DP400 AI 2NVP-025US | MSI Cubi 5 NUC Mini PC - Intel Core i3-1215U |
| MSI Aegis R2 Gaming Desktop Intel i7-14700F | MSI Cubi 5 12M-086BUS Barebone System Mini PC |

| | |
|---|---|
| MSI Codex R2 AI B2NVL7-444US Gaming Desktop Computer | MSI Cubi 5 Barebone System Mini PCs 12M-093BUS |
| MSI PRO DP180 14ANVP-1004US | MSI Cubi NUC 13MQG 203BUS Mini Barebone PC |
| MSI Handheld CLAW A1M-052US | MSI Cubi NUC 011BUS Mini PC Barebone |
| CyberPowerPC SLC8960CPGV20 | CyberPowerPC SLC7700WSTV2 |
| CyberPowerPC SLC8000WST | CyberPowerPC SLCAI8800CPG |
| CyberPowerPC SLCAI9000CPG | CyberPowerPC SLC11040CPG |
| CyberPowerPC SLC11180CPG | CyberPowerPC SLC11080CPG |
| CyberPowerPC SLCAI7400CPGV2 | CyberPowerPC SLC11060CPG |
| CyberPowerPC SLC11160CPG | CyberPowerPC SLC11140CPG |
| CyberPowerPC SLC10000CPGV22 | CyberPowerPC SLCAI7200CPGV2 |
| CyberPowerPC GXi11240CPGV19 | CyberPowerPC SLCAI6800CPGV2 |
| CyberPowerPC GMAI5400CPG | CyberPowerPC GMAI5000CPGV2 |
| CyberPowerPC GMA7300WST | CyberPowerPC GXi11240CPGV22 |
| CyberPowerPC GMAI6000CPG | CyberPowerPC GXi11140CPGV17 |
| CyberPowerPC SLC11040CPGV2 | CyberPowerPC GXi11240CPGV23 |
| CyberPowerPC SLC7700WST | ABS Eurus Ruby Gaming PC ER9800X3D5070TI4 |
| ABS Aeolian Ruby Gaming PC AR7800X3D5070TI2 | ABS Flux II Aqua Gaming PCABSWMT120A750 |
| ABS Cyclone Aqua Gaming PC CA14700F5060TI3 | ABS Eurus Black Gaming PC ER9800X3D50808 |
| ABS Flux II Aqua Gaming PC ABSWMT14400B580 | ABS Talos M3 Mesh Gaming PC AR14900KF5070 |
| ABS Cyclone Ruby Gaming PC CR9700X5060 | ABS Cyclone Aqua Gaming PC CA265KF5070 |
| Straight Talk Home Internet Router | XPG Xenia 15G 15.6" FHD Gaming Laptop, 75260049 |

| | |
|---|---|
| eufy Floodlight 3K Camera E340 | Nintendo Switch 2 |

**COUNT I**
**INFRINGEMENT OF U.S. PATENT NO. 9,628,310**

28. This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. §§ 271, *et seq*.

29. Atlas is the owner of the ’310 patent with all substantial rights to the ’310 patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

30. The ’310 patent is valid and enforceable and was duly issued in full compliance with Title 35 of the United States Code.

***Direct Infringement (35 U.S.C. § 271(a))***

31. Walmart has directly infringed and continues to directly infringe one or more claims of the ’310 patent in this District and elsewhere in Texas and the United States.

32. Walmart has infringed and continues to infringe, either by itself or via an agent, at least claims 1-3, 5-7, 9-16, and 18-20 of the ’310 patent by, among other things, making, using, offering to sell, selling, and/or importing the Accused Instrumentalities.

33. Attached hereto as Ex. 5, and incorporated herein by reference, is an exemplary claim chart detailing how Walmart infringes the ’310 patent. Atlas summarizes how Walmart infringes claims 1 and 15 of the ’310 patent further below.

34. Walmart has directly infringed and continues to directly infringe claim 1 of the ’310 patent because the Accused Instrumentalities meet each and every element of claim 1 of the ’310 patent.

35. One or more of the Accused Instrumentalities comply with, implement, support, or utilize Wi-Fi 6 Standard features. [20]







[20] https://www.walmart.com/ip/NETGEAR-Dual-Band-4-Stream-AX1600-WiFi-6-Router-1-6-Gbps-RAX5/1363183437 (last accessed April 20, 2026); https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026); https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026). Atlas provides evidence related to the Netgear AX1600 and Vizio M75Q6-L4 for illustrative purposes only. All Accused Instrumentalities infringe claim 1 of the '310 patent.




36. The Accused Instrumentalities have one or more memories and one or more processors coupled to said memories, and the one or more processors is/are configured to cause the limitations of the asserted claims.[21]

## Technical Specifications

- WiFi 6 (802.11ax) Dual Band WiFi (AX1600)
  - 2.4GHz: 459Mbps, 40/20MHz 256-QAM
  - 5GHz: 1200Mbps, 80/40/20MHz
  - Backwards compatible with 802.11a/b/g/n/ac WiFi
- Powerful dual-core 880MHz processor
- Memory: 256MB flash and 512M RAM
- Five (5) 10/100/1000Mbps Gigabit Ethernet ports
  - 1 WAN & 4 LAN

---

[21] https://www.downloads.netgear.com/files/GDC/RAX5/RAX5_TS.pdf (last accessed April 20, 2026); https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026).




37. The Accused Instrumentalities determine a channel bandwidth, determine an HE-LTF mode, generate an HE-LTF symbol by using an HE-LTF sequence corresponding to a determined channel bandwidth and HE-LTF mode, and transmit an HE-PPDU including that HE-LTF symbol. *See*, *e.g.*, 802.11ax-2021, § 4.3.15a (channel bandwidths); § 27.3.11.10 (HE-LTF modes); § 27.3.11.10 (plurality of HE-LTF sequences); § 27.3.4 (HE PPDU structure).

38. The Accused Instrumentalities determine a channel bandwidth among a plurality of bandwidths including a 20 MHz channel bandwidth, 40 MHz channel bandwidth, and 80 MHz channel bandwidth. For example, HE STA devices (including both AP devices and non-AP devices) can support operation in 20 MHz, 40 MHz, and 80 MHz operating channels. 802.11ax-2021, § 4.3.15a. ("Support for 20 MHz operating channel width is mandatory in an HE STA … Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA"). The Wi-Fi 6 Standard additionally provides that the high-efficiency (HE) long training field (LTF) of a high-efficiency (HE) multi-user (MU) physical layer protocol data unit (PPDU) (HE MU PPDU) is constructed by first generating the HE-LTF sequence in the frequency domain over the bandwidth indicated by CH_BANDWIDTH parameter. 802.11ax-2021, § 27.3.6.9. According to the Wi-Fi 6 Standard, the CH_BANDWIDTH parameter

can have the value of, for example, CBW20 (indicating a 20MHz bandwidth), CBW40 (indicating a 40 MHz bandwidth), or CBW80 (indicating an 80 MHz bandwidth):

**Table 27-3—Interpretation of FORMAT, NON_HT_MODULATION, CH_BANDWIDTH, and CH_OFFSET parameters**

| FORMAT | NON_HT_MODULATION | CH_BANDWIDTH | CH_OFFSET | PPDU format |
|---|---|---|---|---|
| HE | N/A | CBW20 | N/A | The STA transmits an HE PPDU of 20 MHz bandwidth. If the BSS bandwidth is wider than 20 MHz, then the transmission shall use the primary 20 MHz channel. |
| HE | N/A | CBW40 | N/A | The STA transmits an HE PPDU of 40 MHz bandwidth. If the BSS bandwidth is wider than 40 MHz, then the transmission shall use the primary 40 MHz channel. |
| HE | N/A | CBW80 | N/A | The STA transmits an HE PPDU of 80 MHz bandwidth. If the BSS bandwidth is wider than 80 MHz, then the transmission shall use the primary 80 MHz channel. |

802.11ax-2021, § Table 27-3 (emphasis added).[22]

39. The Accused Instrumentalities determine a high efficiency long training field (HE-LTF) mode among a plurality of HE-LTF modes including a 4x HE-LTF mode and a 2x HE-LTF mode. For example, the Wi-Fi 6 Standard provides that an HE PPDU includes an HE-LTF field that provides a means for a receiver to estimate a channel. "An HE PPDU supports 3 HE-LTF types: 1x HE-LTF, 2x HE-LTF, and 4x HE-LTF." 802.11ax-2021, § 27.3.11.10. 802.11ax-2020, Table 27-31 defines the HE-LTF and GI duration combinations for various HE PPDU formats:

[22] The annotated screenshots appearing within this count are taken from Ex. 5 attached hereto.

**Table 27-31—HE-LTF type and GI duration combinations for various HE PPDU formats**

| HE-LTF type and GI duration combination | HE SU PPDU | HE MU PPDU | HE ER SU PPDU | HE TB PPDU | HE sounding NDP | HE TB feedback NDP |
|---|---|---|---|---|---|---|
| 1x HE-LTF 0.8 μs GI | O | N/A | O | N/A | N/A | N/A |
| 1x HE-LTF 1.6 μs GI | N/A | N/A | N/A | CM3 | N/A | N/A |
| 2x HE-LTF 0.8 μs GI | M | M | M | N/A | M | N/A |
| 2x HE-LTF 1.6 μs GI | M | M | M | M | M | N/A |
| 4x HE-LTF 0.8 μs GI | CM1 | CM2 | O | N/A | N/A | N/A |
| 4x HE-LTF 3.2 μs GI | M | M | M | M | O | M |

Legend
M = mandatory.
CM1 = Mandatory if the STA supports 4x HE-LTF 0.8 μs GI for HE ER SU PPDU. Otherwise, optional.
CM2 = For an AP, mandatory for transmission if the AP supports 4x HE-LTF 0.8 μs GI for HE ER SU PPDU. For a non-AP STA, mandatory for reception if the non-AP STA supports 4x HE-LTF 0.8 μs GI for HE ER SU PPDU. Otherwise, optional.
CM3 = Mandatory for full-bandwidth UL MU-MIMO if the STA supports UL MU-MIMO. Otherwise, not supported. N/A for partial-bandwidth UL MU-MIMO or UL OFDMA.
O = optional.
N/A = not supported by the PPDU format.

If a STA does not support transmission or reception of a particular PPDU format, then the M/CM/O designation is not applicable for the transmission or reception, respectively, of that PPDU format.

802.11ax-2021, at Table 27-31 (emphasis added).

40. The Accused Instrumentalities generate an HE-LTF symbol by using an HE-LTF sequence corresponding to the determined channel bandwidth and the determined HE-LTF mode, wherein the HE-LTF sequence is among a plurality of HE-LTF sequences for the plurality of bandwidths and the plurality of HE-LTF modes. When an Accused Instrumentality generates an HE PPDU, it determines a bandwidth on which to transmit and an HE-LTF mode, as shown above. Based on this determination, a transmitting access point (AP) will generate an HE-LTF symbol by using an HE-LTF sequence corresponding to the determined bandwidth and HE-LTF mode. *See* 802.11ax-2021, § 27.3.11.10. The chosen HE-LTF sequence is one of a plurality of different HE-LTF sequences, each of which corresponds to a particular bandwidth and HE-LTF mode. For example, when the determined channel bandwidth is 40 MHz and the determined HE-LTF mode is 2x HE-LTF, the HE-LTF sequence is specified by Equation (27-45):

In a 40 MHz transmission, the 2x HE-LTF sequence transmitted on subcarriers [–244: 244] is given by Equation (27-45).

$HELTF_{-244,244}$ =
{+1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, +1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0,
–1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, +1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0,
–1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, +1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0,
+1, 0, +1, 0, +1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0,
+1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, +1, 0, +1, 0,
+1, 0, +1, 0, +1, 0, –1, 0, –1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, +1, 0, +1, 0,
+1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1, 0,
–1, 0, –1, 0, +1, 0, +1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, +1, 0, +1, 0,
+1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, 0, 0, 0, 0, 0, 0, –1, 0, –1, 0, –1, (27-45)
0, –1, 0, –1, 0, +1, 0, +1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1,
0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1,
0, +1, 0, –1, 0, –1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1,
0, +1, 0, –1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1,
0, –1, 0, –1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1,
0, +1, 0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, –1,
0, +1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, –1, 0, –1, 0, –1, 0, –1, 0, –1, 0, +1, 0, +1,
0, –1, 0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, –1, 0, +1, 0, –1,
0, –1, 0, +1, 0, –1, 0, +1, 0, –1, 0, +1}

802.11ax-2021, at Equation 27-45 (emphasis added). A plurality of different HE-LTF sequences based on the various bandwidth and mode combinations are given in 802.11ax-2021, equations 27-41 through 27-52.

41. The Accused Instrumentalities transmit a high efficiency physical layer protocol data unit (HE PPDU) including the HE-LTF symbol in the determined channel bandwidth. For example, the HE PPDU is transmitted including an HE-LTF symbol using the appropriate HE-LTF sequence, as illustrated in Figures 27-8 through 27-11:




**Figure 27-8—HE SU PPDU format**




**Figure 27-9—HE MU PPDU format**




**Figure 27-10—HE ER SU PPDU format**




**Figure 27-11—HE TB PPDU format**

802.11ax-2021, at Figures 27-8 through 27-11 (emphasis added).

42. In the Accused Instrumentalities, the plurality of HE-LTF sequences includes a first HE-LTF sequence for the 20 MHz channel bandwidth and the 4x HE-LTF mode (*see* 802.11ax, equation 27-43), a second HE-LTF sequence for the 20 MHz channel bandwidth and the 2x HE-LTF mode (*see id.*, equation 27-42), a third HE-LTF sequence for the 40 MHz channel bandwidth and the 4x HE-LTF mode (*see id.*, equation 27-46), a fourth HE-LTF sequence for the 40 MHz channel bandwidth and the 2xHE-LTF mode (*see id.*, equation 27-45), a fifth HE-LTF sequence for the 80 MHz channel bandwidth and the 4x HE-LTF mode (*see id.*, equation 27-49), and a sixth HE-LTF sequence for the 80 MHz channel bandwidth and the 2x HE-LTF mode (*see id.*, equation 27-48).

43. In addition, Walmart has directly infringed and continues to directly infringe claim 15 of the ’310 patent because the Accused Instrumentalities meet each and every element of claim 15 of the ’310 patent.

44. One or more of the Accused Instrumentalities operate as non-AP Stations under the Wi-Fi 6 Standard.[23]







[23] https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026); https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026). Atlas provides evidence related to the Vizio M75Q6-L4 for illustrative purposes only. All Accused Instrumentalities that operate as non-AP stations infringe claim 15 of the ’310 patent.

45. The Accused Instrumentalities that operate as non-AP Stations have one or more memories and one or more processors coupled to said memories, and the one or more processors is/are configured to cause the limitations of the asserted claims.[24]




46. The Accused Instrumentalities that operate as non-AP Stations receive a downlink HE-PPDU including an HE-LTF symbol in a channel bandwidth and obtain from the HE-LTF symbol an HT-LTF sequence corresponding to the channel bandwidth and an HE-LTF mode of the HE-LTF symbol. *See*, *e.g.*, 802.11ax-2021, § 4.3.15a (channel bandwidths); § 27.3.11.10 (HE-LTF modes); § 27.3.11.10 (plurality of HE-LTF sequences); § 27.3.4 (HE PPDU structure).

47. The Accused Instrumentalities that operate as non-AP Stations receive a downlink high efficiency physical layer protocol data unit (HE PPDU) including a high efficiency long training field (HE-LTF) symbol, in a channel bandwidth which is one of a plurality of bandwidths including 20 megahertz (MHz), 40 MHz, and 80 MHz. For example, the Wi-Fi 6 Standard provides that HE PPDUs are transmitted with HE-LTF symbols. *See*, *e.g.*, 802.11ax-2021, Figures 27-8 through 27-11. Also, the Wi-Fi 6 Standard provides that HE STA devices (including both AP devices and non-AP devices) support operation in 20 MHz, 40 MHz, and 80 MHz operating

[24] https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026).

channels. 802.11ax-2021, § 4.3.15a. ("Support for 20 MHz operating channel width is mandatory in an HE STA … Support for 40 MHz and 80 MHz operating channel width is mandatory in an HE STA that is not a 20 MHz-only non-AP HE STA"). The Wi-Fi 6 Standard additionally provides that the HE MU PPDU is constructed by first generating the HE-LTF sequence in the frequency domain over the bandwidth indicated by CH_BANDWIDTH parameter. 802.11ax-2021, § 27.3.6.9. According to the Wi-Fi 6 Standard, the CH_BANDWIDTH parameter can have the value of, for example, CBW20 (indicating a 20MHz bandwidth), CBW40 (indicating a 40 MHz bandwidth), or CBW80 (indicating an 80 MHz bandwidth):

**Table 27-3—Interpretation of FORMAT, NON_HT_MODULATION, CH_BANDWIDTH, and CH_OFFSET parameters**

| FORMAT | NON_HT_MODULATION | CH_BANDWIDTH | CH_OFFSET | PPDU format |
|---|---|---|---|---|
| HE | N/A | CBW20 | N/A | The STA transmits an HE PPDU of 20 MHz bandwidth. If the BSS bandwidth is wider than 20 MHz, then the transmission shall use the primary 20 MHz channel. |
| HE | N/A | CBW40 | N/A | The STA transmits an HE PPDU of 40 MHz bandwidth. If the BSS bandwidth is wider than 40 MHz, then the transmission shall use the primary 40 MHz channel. |
| HE | N/A | CBW80 | N/A | The STA transmits an HE PPDU of 80 MHz bandwidth. If the BSS bandwidth is wider than 80 MHz, then the transmission shall use the primary 80 MHz channel. |

802.11ax-2021, at Table 27-3 (emphasis added).

48. The Accused Instrumentalities that operate as non-AP Stations obtain, from the HE-LTF symbol, an HE-LTF sequence corresponding to the channel bandwidth and an HE-LTF mode of the HE-LTF symbol, wherein the HE-LTF mode is one of a plurality of HE-LTF modes including a 2×HE-LTF mode and a 4×HE-LTF mode. The Wi-Fi 6 Standard provides that the high-efficiency (HE) long training field (LTF) of an HE MU PPDU is constructed by first generating the HE-LTF sequence in the frequency domain over the bandwidth indicated by

CH_BANDWIDTH parameter. 802.11ax-2021, § 27.3.6.9. The Wi-Fi 6 Standard also provides that "[a]n HE PPDU supports 3 HE-LTF types: 1x HE-LTF, 2x HE-LTF, and 4x HE-LTF." 802.11ax-2021 § 27.3.11.10. Table 27-31 defines the HE-LTF and GI duration combinations for various HE PPDU formats:

**Table 27-31—HE-LTF type and GI duration combinations for various HE PPDU formats**

| HE-LTF type and GI duration combination | HE SU PPDU | HE MU PPDU | HE ER SU PPDU | HE TB PPDU | HE sounding NDP | HE TB feedback NDP |
|---|---|---|---|---|---|---|
| 1x HE-LTF 0.8 μs GI | O | N/A | O | N/A | N/A | N/A |
| 1x HE-LTF 1.6 μs GI | N/A | N/A | N/A | CM3 | N/A | N/A |
| 2x HE-LTF 0.8 μs GI | M | M | M | N/A | M | N/A |
| 2x HE-LTF 1.6 μs GI | M | M | M | M | M | N/A |
| 4x HE-LTF 0.8 μs GI | CM1 | CM2 | O | N/A | N/A | N/A |
| 4x HE-LTF 3.2 μs GI | M | M | M | M | O | M |

Legend
M = mandatory.
CM1 = Mandatory if the STA supports 4x HE-LTF 0.8 μs GI for HE ER SU PPDU. Otherwise, optional.
CM2 = For an AP, mandatory for transmission if the AP supports 4x HE-LTF 0.8 μs GI for HE ER SU PPDU. For a non-AP STA, mandatory for reception if the non-AP STA supports 4x HE-LTF 0.8 μs GI for HE ER SU PPDU. Otherwise, optional.
CM3 = Mandatory for full-bandwidth UL MU-MIMO if the STA supports UL MU-MIMO. Otherwise, not supported. N/A for partial-bandwidth UL MU-MIMO or UL OFDMA.
O = optional.
N/A = not supported by the PPDU format.

If a STA does not support transmission or reception of a particular PPDU format, then the M/CM/O designation is not applicable for the transmission or reception, respectively, of that PPDU format.

802.11ax-2021, at Table 27-31 (emphasis added).

49. In the Accused Instrumentalities that operate as non-AP Stations, when the channel bandwidth is 40 MHz and the HE-LTF mode is 2×HE-LTF mode, the HE-LTF sequence includes zero values on every odd subcarrier index from −244 to −4, non-zero values on every even subcarrier index from −244 to −4, a zero value on a subcarrier index of −3, direct current (DC) tones on subcarrier indices from −2 to 2, a zero value on a subcarrier index of 3, non-zero values on every even sub carrier index from 4 to 244, and zero values on every odd subcarrier index from 4 to 244. The Wi-Fi 6 Standard provides equation 27-45 for the HE-LTF sequence for the 40 MHz channel bandwidth and the 2×HE-LTF mode that includes zero values on every odd subcarrier

index from −244 to −4, non-zero values on every even subcarrier index from −244 to −4, a zero value on a subcarrier index of −3, direct current (DC) tones on subcarrier indices from −2 to 2, a zero value on a subcarrier index of 3, non-zero values on every even subcarrier index from 4 to 244, and zero values on every odd subcarrier index from 4 to 244:

> In a 40 MHz transmission, the 2x HE-LTF sequence transmitted on subcarriers [–244: 244] is given by Equation (27-45).
>
> $$\begin{gathered} HELTF_{-244,244} = \\ \{+1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, \\ -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, +1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, \\ -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, \\ +1, 0, +1, 0, +1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, \\ +1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, +1, 0, +1, 0, \\ +1, 0, +1, 0, +1, 0, -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, +1, 0, +1, 0, \\ +1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, \\ -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, +1, 0, +1, 0, \\ +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, 0, 0, 0, 0, 0, 0, -1, 0, -1, 0, -1, \quad (27\text{-}45) \\ 0, -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, \\ 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, \\ 0, +1, 0, -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, \\ 0, +1, 0, -1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, \\ 0, -1, 0, -1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, \\ 0, +1, 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, -1, \\ 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, -1, 0, -1, 0, -1, 0, -1, 0, -1, 0, +1, 0, +1, \\ 0, -1, 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1, 0, +1, 0, +1, 0, +1, 0, +1, 0, -1, 0, +1, 0, -1, \\ 0, -1, 0, +1, 0, -1, 0, +1, 0, -1, 0, +1\} \end{gathered}$$

802.11ax-2021, at Equation 27-45 (emphasis added).

50. Walmart's infringement of claims 2, 4, 5-7, 9-14, 16, and 18-20 of the '310 patent is demonstrated in the chart attached as Ex. 5.

51. Walmart is liable for its infringement of the '310 patent pursuant to 35 U.S.C. § 271.

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

52. In addition and/or in the alternative to its direct infringements, Walmart has indirectly infringed and continues to indirectly infringe one or more claims of the '310 patent by knowingly and intentionally inducing others to directly infringe claims 1-3, 5-7, 9-16, and 18-20 of the '310 patent. Specifically, with respect to Accused Instrumentalities manufactured by

Walmart or one of its affiliates or subsidiaries, Walmart has induced such affiliates or subsidiaries to directly infringe one or more claims of the '310 patent by making and using such Accused Instrumentalities. With respect to all Accused Instrumentalities, Walmart has induced its customers and other end users of the Accused Instrumentalities to directly infringe by using the Accused Instrumentalities.

53. At a minimum, Walmart has had knowledge of the '310 patent and its infringements since being served with this Complaint. Since receiving notice of its infringements, Walmart has actively induced, and continues to actively induce, the direct infringements of its affiliates, subsidiaries, customers, and end users as set forth above. Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '310 patent. Indeed, Walmart has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities, including, for example, advertising to its customers that it sells products that comply with the Wi-Fi 6 Standard;[25] creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing, or causing to be manufactured, Accused Instrumentalities, including Vizio and Onn products, in conformity with U.S. laws and regulations; providing technical

[25] *See*, *e.g.*, https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026) (advertising that the Vizio Class Quantum 4K QLED HDR Smart TV (M75Q6-L4) allows users to "[e]njoy faster streaming and gaming with WiFi 6"); https://www.walmart.com/ip/VIZIO-65-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M65Q6-L4/2513765448 (last accessed April 20, 2026) (advertising that the VIZIO 65" Class Quantum 4K QLED HDR Smart TV (M65Q6-L4) has "WiFi6 [that] supports better streaming and gaming performance…").

documentation and tools for the Accused Instrumentalities that, among other things, instruct its customers to connect the Accused Instrumentalities to Wi-Fi networks to practice the Wi-Fi 6 Standard;[26] and incorporating (or causing to be incorporated) into Accused Instrumentalities manufactured by Walmart or one of its affiliates or subsidiaries (including Vizio and Onn products) instructions in the form executable code or logic that causes performance of claimed inventions. By providing such instructions and support, Walmart knows (and has known), or should know (and should have known), that its actions since the commencement of this action have actively induced, and continue to actively induce, infringement of the '310 patent.

***Damages***

54. Atlas has been damaged as a result of Walmart's infringing conduct described in this Count. Walmart is, thus, liable to Atlas in an amount that adequately compensates it for Walmart's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

55. On information and belief, despite having knowledge of the '310 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '310 patent, Walmart has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Walmart's infringing activities relative to the '310 patent since the commencement of this action have been, and continue to be, willful, wanton, and deliberate in disregard of Atlas's rights with respect to the '310 patent, justifying enhanced damages under 35 U.S.C. § 284.

---

[26] *See*, *e.g.*, https://www.walmart.com/ip/VIZIO-70-Class-4K-UHD-LED-HDR-Smart-TV-New-V4K70M-08/5197667453? (last accessed April 20, 2026) (providing manuals and guides for VIZIO 70" Class 4K UHD LED HDR Smart TV (V4K70M-08)).

**COUNT II**
**INFRINGEMENT OF U.S. PATENT NO. 10,020,919**

56. This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. §§ 271, *et seq*.

57. Atlas is the owner of the ’919 patent with all substantial rights to the ’919 patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

58. The ’919 patent is valid and enforceable and was duly issued in full compliance with Title 35 of the United States Code.

***Direct Infringement (35 U.S.C. § 271(a))***

59. Walmart has directly infringed and continues to directly infringe one or more claims of the ’919 patent in this District and elsewhere in Texas and the United States.

60. Walmart has infringed and continues to infringe, either by itself or via an agent, claims 1-11 of the ’919 patent by, among other things, testing and/or using at least the Accused Instrumentalities manufactured by Walmart or one of its affiliates or subsidiaries (such as Vizio and Onn products) within the United States.

61. Attached hereto as Ex. 6, and incorporated herein by reference, is an exemplary claim chart detailing how Walmart infringes the ’919 patent. Atlas summarizes how Walmart infringes claims 1 and 11 of the ’919 patent further below.

62. Walmart has directly infringed and continues to directly infringe claim 1 of the ’919 patent because, when used, the Accused Instrumentalities practice each and every element of claim 1 of the ’919 patent.

63. One or more of the Accused Instrumentalities comply with, implement, support, or utilize Wi-Fi 6 Standard features. [27]







64. The Accused Instrumentalities receive a null data packet announcement (NDPA) with one or more station information fields, determine exactly a number of the one or more station

---

[27] https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026); https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026). Atlas provides evidence related to the Vizio M75Q6-L4 for illustrative purposes only. All Accused Instrumentalities practice claims 1 and 11 of the ’919 patent.

information fields in the NDPA, receive a null data packet (NDP), and, when there is only a single station information field in the null data packet announcement, transmit Channel State Information (CSI) feedback in response to receiving the NDP. *See*, *e.g.*, 802.11ax-2021 § 26.7 (HE Sounding protocol); § 9.3.1.19 (VHT/HE NDP Announcement Frame Format); Figures 9-61a, 26-7, 26-8.

65. For example, Figure 26-7 of the Wi-Fi 6 Standard shows an HE beamformee receiving a null data packet announcement frame from an HE beamformer. An HE beamformer is defined by the Wi-Fi 6 Standard as "An HE station (STA) that transmits an HE physical layer (PHY) protocol data unit (PPDU) using a beamforming steering matrix." 802.11ax-2021 at p. 42. An HE beamformee is defined as "[a]n HE station (STA) that receives an HE physical layer (PHY) protocol data unit (PPDU) that was transmitted using a beamforming steering matrix." *Id.*[28]

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.




**Figure 26-7—Example of HE non-TB sounding**

802.11ax-2021, Figure 26-7 (emphasis added).[29] Figure 9-61 shows the format of a null data packet announcement frame.

---

[28] The 802.11-2020 Standard, on which the 802.11ax-2021 Standard is based, defines an Access Point (AP) as "[a]n entity that contains one station (STA) and provides access to the distribution system services, via the wireless medium (WM) for associated STAs." *See* 802.11-2020, at 157. Thus, under the Wi-Fi 6 Standard, both the HE beamformer and the HE beamformee in the context of an HE non-trigger-based (non-TB) sounding sequence may be either an AP or a STA.

[29] The annotated screenshots appearing within this count are taken from Ex. 6 attached hereto.




**Figure 9-61a—HE NDP Announcement frame format**

802.11ax-2021, Figure 9-61a (emphasis added).

66. If the null data packet announcement frame was only intended for a single beamformee as in Figure 26-7, there will only be a single station information field ("STA Info 1") in the NDPA received by the beamformee. Thus, the number of station information fields is the cardinality of the set of STA Info fields in the HE NDPA. Thereafter, the beamformee receive a null data packet (referred to in Figure 26-7 above as a "HE sounding NDP") from the beamformer. The beamformee will transmit a channel state information feedback report (referred to in Figure 26-7 above as a "HE compressed Beamforming/CQI") to the beamformer.

67. In addition, Walmart has directly infringed and continues to directly infringe claim 11 of the '919 patent because the Accused Instrumentalities practice each and every element of claim 11 of the '919 patent. As set forth above, the Accused Instrumentalities comply with, implement, support, and/or utilize Wi-Fi 6 Standard features. The Accused Instrumentalities also transmit an NDPA with one or more station information fields, transmit an NDP, and, when there is only a single station information field in the null data packet announcement, receive CSI feedback transmitted in response to the NDP. *See*, *e.g.*, 802.11ax-2021 § 26.7 (HE Sounding protocol); § 9.3.1.19 (VHT/HE NDP Announcement Frame Format); Figures 9-61a, 26-7, 26-8.

68. For example, Figure 26-7 of the Wi-Fi 6 Standard shows an HE beamformer transmitting a null data packet announcement frame to an HE beamformee:

An example of an HE non-TB sounding sequence with a single HE beamformee is shown in Figure 26-7.




**Figure 26-7—Example of HE non-TB sounding**

802.11ax-2021, Figure 26-7 (emphasis added). Figure 9-61 shows the format of a null data packet announcement frame.




**Figure 9-61a—HE NDP Announcement frame format**

802.11ax-2021, Figure 9-61a (emphasis added). If the null data packet announcement frame was only intended for a single beamformee as in Figure 26-7, there will only be a single station information field ("STA Info 1") in the NDPA transmitted by beamformer. Thus, the number of station information fields is the cardinality of the set of STA Info fields in the HE NDPA. Thereafter, the beamformer transmit a null data packet (referred to in Figure 26-7 above as a "HE sounding NDP") to the beamformee. The beamformer will receive a channel state information feedback report (referred to in Figure 26-7 above as a "HE compressed Beamforming/CQI") from the beamformee.

69. Walmart's direct infringement of claims 2-10 of the '919 patent is demonstrated in the chart attached as Ex. 6.

70. Walmart is liable for its infringement of the '919 patent pursuant to 35 U.S.C. § 271.

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

71. In addition and/or in the alternative to its direct infringements, Walmart has indirectly infringed and continues to indirectly infringe one or more claims of the ’919 patent by knowingly and intentionally inducing others to directly infringe claims 1-20 of the ’919 patent.[30] Specifically, Walmart has induced its affiliates, subsidiaries, customers, and end users to directly infringe one or more claims of the ’919 patent by using the Accused Instrumentalities.

72. At a minimum, Walmart has had knowledge of the ’919 patent and its infringements since being served with this Complaint. Since receiving notice of its infringements, Walmart has actively induced, and continues to actively induce, the direct infringements of its affiliates, subsidiaries, customers, and end users as set forth above. Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the ’919 patent. Indeed, Walmart has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities, including, for example, advertising to its customers that it sells products that comply with the Wi-Fi 6 Standard;[31] creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing, or causing to be manufactured, Accused Instrumentalities, including

---

[30] Direct infringement of claims 1-20 of the ’919 patent is demonstrated in Ex. 6.
[31] *See, e.g.*, https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026) (advertising that the Vizio Class Quantum 4K QLED HDR Smart TV (M75Q6-L4) allows users to “[e]njoy faster streaming and gaming with WiFi 6”); https://www.walmart.com/ip/VIZIO-65-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M65Q6-L4/2513765448 (last accessed April 20, 2026) (advertising that the VIZIO 65” Class Quantum 4K QLED HDR Smart TV (M65Q6-L4) has “WiFi6 [that] supports better streaming and gaming performance…”).

Vizio and Onn products, in conformity with U.S. laws and regulations; providing technical documentation and tools for the Accused Instrumentalities that, among other things, instruct its customers to connect the Accused Instrumentalities to Wi-Fi networks to practice the Wi-Fi 6 Standard;[32] and incorporating (or causing to be incorporated) into Accused Instrumentalities manufactured by Walmart or one of its subsidiaries (including Vizio and Onn products) instructions in the form executable code or logic that causes performance of claimed inventions. By providing such instructions and support, Walmart knows (and has known), or should know (and should have known), that its actions since the commencement of this action have actively induced, and continue to actively induce, infringement of the ’919 patent.

***Damages***

73. Atlas has been damaged as a result of Walmart’s infringing conduct described in this Count. Walmart is, thus, liable to Atlas in an amount that adequately compensates it for Walmart’s infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

74. On information and belief, despite having knowledge of the ’919 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’919 patent, Walmart has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Walmart’s infringing activities relative to the ’919 patent since the commencement of this action have been, and continue to be, willful, wanton, and deliberate in

[32] *See*, *e.g.*, https://www.walmart.com/ip/VIZIO-70-Class-4K-UHD-LED-HDR-Smart-TV-New-V4K70M-08/5197667453? (last accessed April 20, 2026) (providing manuals and guides for VIZIO 70” Class 4K UHD LED HDR Smart TV (V4K70M-08)).

disregard of Atlas's rights with respect to the '919 patent, justifying enhanced damages under 35 U.S.C. § 284.

**COUNT III**
**INFRINGEMENT OF U.S. PATENT NO. 10,348,471**

75. This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. §§ 271, *et seq*.

76. Atlas is the owner of the '471 patent with all substantial rights to the '471 patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

77. The '471 patent is valid and enforceable and was duly issued in full compliance with Title 35 of the United States Code.

***Direct Infringement (35 U.S.C. § 271(a))***

78. Walmart has directly infringed and continues to directly infringe one or more claims of the '471 patent in this District and elsewhere in Texas and the United States.

79. Walmart has infringed and continues to infringe, either by itself or via an agent, at least claims 1-13 of the '471 patent by, among other things, offering to sell, selling, and/or importing Accused Instrumentalities that operate as access point devices.

80. Attached hereto as Ex. 7, and incorporated herein by reference, is an exemplary claim chart detailing how Walmart infringes the '471 patent. Atlas summarizes how Walmart infringes claim 1 of the '471 patent further below.

81. Walmart has directly infringed and continues to directly infringe claim 1 of the '417 patent because the Accused Instrumentalities that operate as access point devices meet each and every element of claim 1 of the '417 patent.

82. One or more of the Accused Instrumentalities operate as access point devices that comply with, implement, support, or utilize Wi-Fi 6 Standard features. [33]




83. The Accused Instrumentalities that operate as access point devices have one or more memories and one or more processors coupled to said memories, and the one or more processors is/are configured to cause the limitations of the asserted claims.[34]

---

[33] https://www.walmart.com/ip/NETGEAR-Dual-Band-4-Stream-AX1600-WiFi-6-Router-1-6-Gbps-RAX5/1363183437 (last accessed April 20, 2026). Atlas provides evidence related to the Netgear AX1600 for illustrative purposes only. All Accused Instrumentalities that operate as access point devices infringe claim 1 of the ’471 patent.

[34] https://www.downloads.netgear.com/files/GDC/RAX5/RAX5_TS.pdf (last accessed April 20, 2026).

## Technical Specifications

- WiFi 6 (802.11ax) Dual Band WiFi (AX1600)
  - 2.4GHz: 459Mbps, 40/20MHz 256-QAM
  - 5GHz: 1200Mbps, 80/40/20MHz
  - Backwards compatible with 802.11a/b/g/n/ac WiFi
- Powerful dual-core 880MHz processor
- Memory: 256MB flash and 512M RAM
- Five (5) 10/100/1000Mbps Gigabit Ethernet ports
  - 1 WAN & 4 LAN

84. The Accused Instrumentalities that operate as access point devices generate a first frame for allocating resources to a plurality of stations for a multi-user transmission, where the first frame has a first high efficiency signal-B (HE-SIG-B) field and a second HE-SIG-B field each containing an additional indication as to whether an additional resource unit is allocated to at least one station when the channel bandwidth is associated with a first channel bandwidth size, and transmit the first frame to the plurality of stations. *See*, *e.g.*, 802.11ax-2021, § 27.3.4 (HE PPDU formats); § 27.3.11.8 (HE-SIG-B field); § 27.3.2 (Resource unit, guard, and DC subcarriers); and § 27.3.21 (HE transmit procedure).

85. The Accused Instrumentalities that operate as access point devices generate a first frame for allocating resources to a plurality of stations. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU includes HE-SIG-B fields that provide resource allocation information to allow stations (STAs) to look up corresponding resources to be used. *See* 802.11ax-2021, at Figure 27-9; § 27.3.11.8.1.




**Figure 27-9—HE MU PPDU format**

802.11ax-2021, at Figure 27-29.

86. The first frame comprises a first high efficiency signal-B (HE-SIG-B) field and a second HE-SIG-B field arranged in a plurality of content channels occupying respective subbands of a channel bandwidth. The Wi-Fi 6 Standard provides that an HE MU PPDU includes a first HE-SIG-B field and a second HE-SIG-B field arranged in content channels occupying respective subbands of a channel bandwidth. *See*, *e.g.*, 802.11ax-2021, § 27.3.11.8.5. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU that has a bandwidth of 80 MHz has two HE-SIG-B content channels, each of which is duplicated once, and comprises, among others, a resource unit (RU) allocation subfield followed by User fields indicated by the RU allocation subfield:

From Equation (27-21) and 27.3.11.8.2, an 80 MHz PPDU contains two HE-SIG-B content channels, each of which are duplicated once as shown in Figure 27-30. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lowest in frequency and is duplicated on the 20 MHz frequency segment that is third lowest in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency segment that is second lowest in frequency and is duplicated on the 20 MHz frequency subchannel that is highest in frequency.




**Figure 27-30—HE-SIG-B content channels and their duplication in an 80 MHz PPDU**

802.11ax-2021, at Figure 27-30.

87. The first and the second HE-SIG-B fields each contain an additional indication as to whether an additional resource unit of a plurality of resource units is allocated to at least one station of the plurality of stations when the channel bandwidth is associated with a first channel

bandwidth size. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU that has a bandwidth of 80 MHz includes a center 26-tone RU to which a user is allocated. *See* 802.11ax-2021, at Figure 27-30; Table 27-24. The center 26- tone RU subfield is set to 1 in 80 MHz PPDU to indicate a user is allocated to this RU:

| | | | |
|---|---|---|---|
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

802.11ax-2021, at Table 27-24 (emphasis added).[35] The additional indication is excluded when the channel bandwidth of the multi-user transmission is associated with a second channel bandwidth size that is less than the first channel bandwidth size. For example, the Wi-Fi 6 Standard provides that the center 26-tone RU is only present in a PPDU having bandwidth greater than 40 MHz and not present otherwise. *See* 802.11ax-2021, at Table 27-24. Additionally, as shown in the Wi-Fi 6 Standard, the HE-SIG-B field(s) for 20 MHz PPDU and 40 MHz PPDU does not include the center 26-tone RU:

[35] The annotated screenshots appearing within this count are taken from Ex. 7 attached hereto.

From Equation (27-21) and 27.3.11.8.2, a 20 MHz PPDU contains one HE-SIG-B content channel as shown in Figure 27-28.




**Figure 27-28—HE-SIG-B content channel for a 20 MHz PPDU**

802.11ax-2021, at Figure 27-28 (emphasis added).

From Equation (27-21) and 27.3.11.8.2, a 40 MHz PPDU contains two HE-SIG-B content channels, each occupying a 20 MHz frequency segment as shown in Figure 27-29. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lower in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency subchannel that is upper in frequency.




**Figure 27-29—HE-SIG-B content channel for a 40 MHz PPDU**

802.11ax-2021, at Figure 27-29 (emphasis added).

88. The Accused Instrumentalities that operate as access point devices transmit the first frame to the plurality of stations for the multi-user transmission. For example, the Wi-Fi 6 Standard provides transmit procedures for, among others, the transmission of HE MU PPDU which includes the HE-SIG-B field:




**Figure 27-56—PHY transmit procedure for an HE MU PPDU**

802.11ax-2021, at Figure 27-56.

89. In the Accused Instrumentalities that operate as access point devices, the additional resource unit consists of two of a plurality of tones being separated by a plurality of direct current (DC) tones. For example, the Wi-Fi 6 Standard provides that an 80 MHz HE PPDU includes a center 26-tone RU with subcarrier index of RU 19 [-16: -4, 4:16] separated by seven DC tones. *See* 802.11ax-2021, at Table 27-9. Figure 27-7 shows RU locations in an 80 MHz HE PPDU, in which the Center 26-tone RU is shown to be separated by seven (7) DC tones:




**Figure 27-7—RU locations in an 80 MHz HE PPDU**

802.11ax-2021, at Figure 27-7 (emphasis added).

90. In the Accused Instrumentalities that operate as access point devices, the station specific information associated with the additional resource unit is located between a last station specific subfield of a plurality of station specific subfields and the end of at least one of the first HE-SIG-B field or the second HE-SIG-B field in a first content channel of the plurality of content

channels. For example, the Wi-Fi 6 Standard provides that the User fields in a User specific field of an HE-SIG-B content channel of an 80 MHz HE MU PPDU are ordered such that the User fields indicated by the first RU allocation subfield are followed by the User fields indicated by the second RU allocation subfield, and that the User field indicated by the center 26-tone RU is appended as the last User field to the HE-SIG-B content channel 1 only. *See* 802.11ax-2021, at § 27.3.11.8.4; Table 27-24.

91. The Accused Instrumentalities that operate as access point devices transmit the first HE-SIG-B field and the second HE-SIG-B field concurrently in separate channels of the plurality of channels. For example, the Wi-Fi 6 Standard provides that an MU PPDU having a bandwidth of 80 MHz contains two HE-SIG-B content channels, each of which occupies a different frequency subchannel of the 80 MHz frequency channel. *See* 802.11ax-2021, at Figure 27-30.

92. Walmart's infringement of claims 2-13 of the '471 patent is demonstrated in the chart attached as Ex. 7.

93. Walmart is liable for its infringement of the '471 patent pursuant to 35 U.S.C. § 271.

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

94. In addition and/or in the alternative to its direct infringements, Walmart has indirectly infringed and continues to indirectly infringe one or more claims of the '471 patent by knowingly and intentionally inducing others to directly infringe claims 1-13 of the '471 patent. Specifically, with respect to Accused Instrumentalities that operate as access point devices, Walmart has induced its customers and other end users of the Accused Instrumentalities to directly infringe by using the Accused Instrumentalities.

95. At a minimum, Walmart has had knowledge of the ’471 patent and its infringements since being served with this Complaint. Since receiving notice of its infringements, Walmart has actively induced, and continues to actively induce, the direct infringements of its customers and end users as set forth above. Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the ’471 patent. Indeed, Walmart has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities that operate as access point devices, including, for example, advertising to its customers that it sells products that comply with the Wi-Fi 6 Standard;[36] creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; and providing technical documentation and tools for the Accused Instrumentalities that, among other things, instruct its customers to connect the Accused Instrumentalities to Wi-Fi networks to practice the Wi-Fi 6 Standard. By providing such instructions and support, Walmart knows (and has known), or should know (and should have known), that its actions since the commencement of this action have actively induced, and continue to actively induce, infringement of the ’471 patent.

***Damages***

96. Atlas has been damaged as a result of Walmart’s infringing conduct described in this Count. Walmart is, thus, liable to Atlas in an amount that adequately compensates it for

---

[36] *See*, *e.g.*, https://www.walmart.com/ip/NETGEAR-Dual-Band-4-Stream-AX1600-WiFi-6-Router-1-6-Gbps-RAX5/1363183437 (last accessed April 20, 2026) (advertising that Netgear RAX5 has “[f]ast AX1600 speeds with WiFi 6 technology for uninterrupted streaming, HD video gaming, and web conferencing.”).

Walmart's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

97. On information and belief, despite having knowledge of the '471 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '471 patent, Walmart has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Walmart's infringing activities relative to the '471 patent since the commencement of this action have been, and continue to be, willful, wanton, and deliberate in disregard of Atlas's rights with respect to the '471 patent, justifying enhanced damages under 35 U.S.C. § 284.

**COUNT IV**
**INFRINGEMENT OF U.S. PATENT NO. 10,965,425**

98. This cause of action arises under the patent laws of the United States, and in particular, 35 U.S.C. §§ 271, *et seq*.

99. Atlas is the owner of the '425 patent with all substantial rights to the '425 patent, including the exclusive right to enforce, sue, and recover damages for past and future infringements.

100. The '425 patent is valid and enforceable and was duly issued in full compliance with Title 35 of the United States Code.

***Direct Infringement (35 U.S.C. § 271(a))***

101. Walmart has directly infringed and continues to directly infringe one or more claims of the '425 patent in this District and elsewhere in Texas and the United States.

102. Walmart has infringed and continues to infringe, either by itself or via an agent, claims 1-20 of the '425 patent by, among other things, making, using, offering to sell, selling, and/or importing the Accused Instrumentalities.

103. Attached hereto as Ex. 8, and incorporated herein by reference, is an exemplary claim chart detailing how Walmart infringes the ’425 patent. Atlas summarizes how Walmart infringes claims 1 and 8 of the ’425 patent further below.

104. Walmart has directly infringed and continues to directly infringe claim 1 of the ’425 patent because the Accused Instrumentalities meet each and every element of claim 1 of the ’425 patent.

105. One or more of the Accused Instrumentalities operate as access point devices that comply with, implement, support, or utilize Wi-Fi 6 Standard features. [37]




[37] https://www.walmart.com/ip/NETGEAR-Dual-Band-4-Stream-AX1600-WiFi-6-Router-1-6-Gbps-RAX5/1363183437 (last accessed April 20, 2026). Atlas provides evidence related to the Netgear AX1600 for illustrative purposes only. All Accused Instrumentalities that operate as access point devices infringe claim 1 of the ’425 patent.

106. The Accused Instrumentalities that operate as access point devices have one or more memories and one or more processors coupled to said memories, and the one or more processors is/are configured to cause the limitations of the asserted claims.[38]

## Technical Specifications

- WiFi 6 (802.11ax) Dual Band WiFi (AX1600)
  - 2.4GHz: 459Mbps, 40/20MHz 256-QAM
  - 5GHz: 1200Mbps, 80/40/20MHz
  - Backwards compatible with 802.11a/b/g/n/ac WiFi
- Powerful dual-core 880MHz processor
- Memory: 256MB flash and 512M RAM
- Five (5) 10/100/1000Mbps Gigabit Ethernet ports
  - 1 WAN & 4 LAN

107. The Accused Instrumentalities that operate as access point devices generate a frame for a multi-user transmission comprising a first high efficiency signal-B (HE-SIG-B) field and a second HE-SIG-B field, each containing (1) common information fields (including resource allocation information and indications as to whether a second set of resource units are allocated to a station) and (2) sets of station specific information fields, and transmit the frame to the plurality of stations for the multi-user transmission. *See*, *e.g.*, 802.11ax-2021, § 27.3.4 (HE PPDU formats); § 27.3.11.8 (HE-SIG-B field); § 27.3.2 (Resource unit, guard, and DC subcarriers); and § 27.3.21 (HE transmit procedure).

[38] https://www.downloads.netgear.com/files/GDC/RAX5/RAX5_TS.pdf (last accessed April 20, 2026).

108. The Accused Instrumentalities that operate as access point devices generate a frame for transmission to a plurality of stations, wherein each station in the plurality of stations is allocated a resource unit from a channel bandwidth of the frame. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU includes HE-SIG-B fields that provides resource allocation information to allow stations (STAs) to look up corresponding resources to be used. *See* 802.11ax-2021 and § 27.3.11.8.1.




**Figure 27-9—HE MU PPDU format**

802.11ax-2021, at Figure 27-29. The Wi-Fi 6 Standard additionally provides that one or more users can be allocated to a resource unit (RU) depending on the tone of the RU. *See* 802.11ax-2021, at § 27.3.11.8.3.

**Table 27-24—Common field**

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | *N* RU Allocation subfields are present in an HE-SIG-B content channel, where<br>*N* = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>*N* = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>*N* = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |

802.11ax-2021, at Table 27-24 (emphasis added).[39]

109. The frame comprises a first high efficiency signal-B (HE-SIG-B) field and a second HE-SIG-B field arranged in a plurality of content channels occupying respective subbands of the channel bandwidth of the frame. The Wi-Fi 6 Standard provides that an HE MU PPDU includes a first HE-SIG-B field and a second HE-SIG-B field arranged in content channels occupying respective subbands of a channel bandwidth. *See*, *e.g.*, 802.11ax-2021, § 27.3.11.8.5. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU that has a bandwidth of 160 MHz has two HE-SIG-B content channels, each of which is duplicated four times, and comprises, among others, a resource unit (RU) allocation subfield followed by User fields indicated by the RU allocation subfield:

> From Equation (27-21) and 27.3.11.8.2, a 160 MHz PPDU contains two HE-SIG-B content channels, each of which are duplicated four times as shown in Figure 27-31. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lowest in frequency and is duplicated on the 20 MHz frequency subchannels that are third, fifth, and seventh lowest in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency subchannel that is second lowest in frequency and is duplicated on the 20 MHz frequency subchannels that are fourth, sixth, and eighth lowest in frequency.




**Figure 27-31—HE-SIG-B content channels and their duplication in a 160 MHz PPDU**

[39] The annotated screenshots appearing within this count are taken from Ex. 8 attached hereto.

802.11ax-2021, at Figure 27-31. The Wi-Fi 6 Standard further provides that an HE MU PPDU that has a bandwidth of 80 MHz has two HE-SIG-B content channels, each of which are duplicated once, comprising (among other things) a first resource unit (RU) allocation subfield followed by User fields indicated by the first RU allocation subfield, and a second resource unit (RU) allocation subfield followed by User fields indicated by the second RU allocation subfield:

> From Equation (27-21) and 27.3.11.8.2, an 80 MHz PPDU contains two HE-SIG-B content channels, each of which are duplicated once as shown in Figure 27-30. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lowest in frequency and is duplicated on the 20 MHz frequency segment that is third lowest in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency segment that is second lowest in frequency and is duplicated on the 20 MHz frequency subchannel that is highest in frequency.




**Figure 27-30—HE-SIG-B content channels and their duplication in an 80 MHz PPDU**

802.11ax-2021, Figure 27-30.

110. In the Accused Instrumentalities that operate as access point devices, the first HE-SIG-B field contains (1) a first common information field that includes resource unit allocation information to allocate a first set of resource units of the channel bandwidth to a first set of one or more stations in the plurality of stations and, when the channel bandwidth of the frame is greater than or equal to a predetermined bandwidth size, a first indication as to whether a second set of resource units are allocated to a station in the plurality of stations; and (2) a first set of station specific information fields that include station specific information for the first set of one or more stations. The second HE-SIG-B field contains (1) a second common information field that includes (A) resource unit allocation information to allocate a third set of resource units of the channel

bandwidth to a second set of one or more stations in the plurality of stations, and (B) when the channel bandwidth of the frame is greater than or equal to the predetermined bandwidth size, a second indication as to whether a second set of resource units are allocated to a station in the plurality of stations; and (2) a second set of station specific information fields that include station specific information for the second set of one or more stations.

111. For example, the Wi-Fi 6 Standard provides that an HE-SIG-B content channel consists of a common field followed by a User specific field, wherein the common field of a HE-SIG-B content channel includes an RU allocation subfield that indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain and indicates information needed to compute the number of users allocated to each RU:

The HE-SIG-B content channel format is shown in Figure 27-26. The HE-SIG-B content channel consists of a Common field, if present, followed by a User Specific field.




**Figure 27-26—HE-SIG-B content channel format**

802.11ax-2021, at Figure 27-26 (emphasis added).

Table 27-24—Common field

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | *N* RU Allocation subfields are present in an HE-SIG-B content channel, where<br>*N* = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>*N* = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>*N* = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |

802.11ax-2021, at Table 27-24 (emphasis added).

112. The Wi-Fi 6 Standard also provides that the common field of the HE-SIG-B content channel of an HE MU PPDU with a bandwidth of 160 MHz includes two center 26-tone RU subfields to indicate whether a user is allocated to one or more of the center 26-tone RUs. *See* 802.11ax-2021, at Figure 27-31; Table 27-24. The 26-tone RU subfield in HE-SIG-B content channel 1 of a 160 MHz (or 80+80 MHz) HE MU PPDU is set to 1 to indicate a user is allocated to the center 26-tone RU of the lower frequency 80 MHz, and the 26-tone RU subfield in HE-SIG-B content channel 2 of a 160 MHz (or 80+80 MHz) HE MU PPDU is set to 1 to indicate a user is allocated to the center 26-tone RU of the higher frequency 80 MHz. *See* 802.11ax-2021, at Table 27-24. The Wi-Fi 6 Standard additionally provides that the common field of the HE-SIG-B content channel of a HE MU PPDU with a bandwidth of 80 MHz includes a center 26-tone RU subfield which is set to 1 to indicate a user is allocated to this RU. *See* 802.11ax-2021, at Figure 27-30.

| | | | |
|---|---|---|---|
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

802.11ax-2021, at Table 27-24. The Wi-Fi 6 Standard further requires that the common field of the HE-SIG-B content channel is followed by a User specific field including User fields containing STA-ID subfields that identify the station (STA) or group of STAs that is the recipient of an RU in the HE MU PPDU transmitted. *See* 802.11ax-2021, at Figure 27-26; Table 27-28; § 26.11.1.

113. In the Accused Instrumentalities that operate as access point devices, the station specific information associated with the second set of resource units is located between either (1) a last station specific information field of the first set of station specific information fields and the end of the first HE-SIG-B field, or (2) a last station specific information field of the second set of station specific information fields and the end of the second HE-SIG-B field. For example, the Wi-Fi 6 Standard provides that the User fields in a User specific field of an HE-SIG-B content channel of an 80 MHz HE MU PPDU are ordered such that the User fields indicated by the first RU allocation subfield are followed by the User fields indicated by the second RU allocation subfield, and that the User field indicated by the center 26-tone RU is appended as the last User field to the HE-SIG-B content channel 1 only. *See* 802.11ax-2021, at § 27.3.11.8.4; Table 27-24. The Wi-Fi 6 Standard also provides that the User fields in a User specific field of an HE-SIG-B content channel of a 160 MHz are ordered such that the set of User fields indicated by the first RU

allocation subfield is followed by the set of User fields indicated by the second RU Allocation subfield; in turn these are followed by the set of User fields indicated by the third RU Allocation subfield and then by the set of User fields indicated by the fourth RU Allocation subfield. If the center 26-tone RU that spans subcarriers [–528:–516, –508:–496] is assigned, then its User field is appended to HE-SIG-B content channel 1. *See Id.* If the center 26-tone RU that spans subcarriers [496:508, 516:528] is assigned, then its User field is appended as the last User field to HE-SIG-B content channel 2. *See* 802.11ax-2021, at § 27.3.11.8.4.

114. In the Accused Instrumentalities that operate as access point devices, the second set of resource units includes a resource unit that includes a first set of tones on a first side of a set of direct current (DC) tones and a second set of tones on a second side of the DC tones. For example, the Wi-Fi 6 Standard provides that an 80 MHz HE PPDU includes a center 26-tone RU with subcarrier index of [-16: -4, 4:16] separated by seven DC tones with subcarrier index of [-3, 3]. *See* 802.11ax-2021, at Table 27-9. The Wi-Fi 6 Standard also provides that a 160 MHz HE PPDU includes at least two center 26-tone RUs with subcarrier indexes of [496:508, 516:528] and [-528:-516, -508:-496] respectively. *See* 802.11ax-2021, at Table 27-25. Figure 27-7 shows RU locations in an 80 MHz HE PPDU, in which the Center 26-tone RU is shown to be separated by seven (7) DC tones:




**Figure 27-7—RU locations in an 80 MHz HE PPDU**

802.11ax-2021, at Figure 27-7 (emphasis added). The Wi-Fi 6 Standard additionally provides that the same structure is used for the 80 MHz HE MU PPDU formats and the primary and secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE MU PPDU formats. *See* 802.11ax-2021, at page 501.

115. The Accused Instrumentalities that operate as access point devices transmit the frame to the plurality of stations for the multi-user transmission. For example, the Wi-Fi 6 Standard provides transmit procedures for the transmission of HE MU PPDU which includes the HE-SIG-B field:




**Figure 27-56—PHY transmit procedure for an HE MU PPDU**

802.11ax-2021, at Figure 27-56.

116. The Accused Instrumentalities that operate as access point devices transmit the first HE-SIG-B field and the second HE-SIG-B field concurrently in separate channels of the channel bandwidth. For example, the Wi-Fi 6 Standard provides that an MU PPDU having a bandwidth of 80 MHz contains two HE-SIG-B content channels, each of which occupies a different frequency subchannel of the 80 MHz frequency channel. *See* 802.11ax-2021, at Figure 27-30. The Wi-Fi 6 Standard further provides that an MU PPDU having a bandwidth of 160 MHz contains two HE-SIG-B content channels, each duplicated twice and occupying a 20 MHz frequency subchannel of the 160 MHz frequency channel. *See* 802.11ax-2021, at Figure 27-31.

117. In addition, Walmart has directly infringed and continues to directly infringe claim 8 of the ’425 patent because the Accused Instrumentalities meet each and every element of claim 8 of the ’425 patent.

118. One or more of the Accused Instrumentalities operate as non-AP Stations under the Wi-Fi 6 Standard.[40].







119. The Accused Instrumentalities that operate as non-AP Stations comply with, implement, support, or utilize Wi-Fi 6 Standard features. In addition, the Accused Instrumentalities

---

[40] https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026); https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026). Atlas provides evidence related to the Vizio M75Q6-L4 for illustrative purposes only. All Accused Instrumentalities that operate as non-AP stations infringe claim 8 of the ’425 patent.

that operate as non-AP Stations have one or more memories and one or more processors coupled to said memories, and the processor is configured to cause the limitations of the asserted claims.[41]




120. The Accused Instrumentalities that operate as non-AP Stations receive a downlink frame for a multi-user transmission comprising a first high efficiency signal-B (HE-SIG-B) field and a second HE-SIG-B field, each containing (1) common information fields (including resource allocation information and indications as to whether a second set of resource units are allocated to a station) and (2) sets of station specific information fields, and process one or more of the common information fields and the sets of station specific information fields to determine resource unit assignment for the station in the downlink frame. *See*, *e.g.*, 802.11ax-2021, § 27.3.4 (HE PPDU formats); § 27.3.11.8 (HE-SIG-B field); § 27.3.2 (Resource unit, guard, and DC subcarriers); and § 27.3.21 (HE transmit procedure).

121. The Accused Instrumentalities that operate as non-AP Stations receive a downlink frame for transmission to a plurality of stations, wherein each station in the plurality of stations is allocated a resource unit from a channel bandwidth of the frame. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU includes HE-SIG-B fields that provides resource

[41] https://www.vizio.com/en/tv/quantum/M75Q6-L4 (last accessed April 20, 2026).

allocation information to allow stations (STAs) to look up corresponding resources to be used. *See* 802.11ax-2021, at § 27.3.11.8.1.




**Figure 27-9—HE MU PPDU format**

802.11ax-2021, at Figure 27-29. The Wi-Fi 6 Standard additionally provides that one or more users can be allocated to a resource unit (RU) depending on the tone of the RU. *See* 802.11ax-2021, at § 27.3.11.8.3.

**Table 27-24—Common field**

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | *N* RU Allocation subfields are present in an HE-SIG-B content channel, where<br>*N* = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>*N* = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>*N* = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |

802.11ax-2021, at Table 27-24 (emphasis added).

122. The downlink frame comprises a first high efficiency signal-B (HE-SIG-B) field and a second HE-SIG-B field arranged in a plurality of content channels occupying respective subbands of the channel bandwidth of the frame. The Wi-Fi 6 Standard provides that an HE MU PPDU includes a first HE-SIG-B field and a second HE-SIG-B field arranged in content channels occupying respective subbands of a channel bandwidth. *See*, *e.g.*, 802.11ax-2021, § 27.3.11.8.5. For example, the Wi-Fi 6 Standard provides that an HE MU PPDU that has a bandwidth of

160 MHz has two HE-SIG-B content channels, each of which is duplicated four times, and comprises, among others, a resource unit (RU) allocation subfield followed by User fields indicated by the RU allocation subfield:

> From Equation (27-21) and 27.3.11.8.2, a 160 MHz PPDU contains two HE-SIG-B content channels, each of which are duplicated four times as shown in Figure 27-31. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lowest in frequency and is duplicated on the 20 MHz frequency subchannels that are third, fifth, and seventh lowest in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency subchannel that is second lowest in frequency and is duplicated on the 20 MHz frequency subchannels that are fourth, sixth, and eighth lowest in frequency.




**Figure 27-31—HE-SIG-B content channels and their duplication in a 160 MHz PPDU**

802.11ax-2021, Figure 27-31. The Wi-Fi 6 Standard further provides that an HE MU PPDU that has a bandwidth of 80 MHz has two HE-SIG-B content channels, each of which is duplicated once, comprising, among others, a first resource unit (RU) allocation subfield followed by User fields indicated by the first RU allocation subfield, and a second resource unit (RU) allocation subfield followed by User fields indicated by the second RU allocation subfield:

From Equation (27-21) and 27.3.11.8.2, an 80 MHz PPDU contains two HE-SIG-B content channels, each of which are duplicated once as shown in Figure 27-30. HE-SIG-B content channel 1 occupies the 20 MHz frequency subchannel that is lowest in frequency and is duplicated on the 20 MHz frequency segment that is third lowest in frequency. HE-SIG-B content channel 2 occupies the 20 MHz frequency segment that is second lowest in frequency and is duplicated on the 20 MHz frequency subchannel that is highest in frequency.




**Figure 27-30—HE-SIG-B content channels and their duplication in an 80 MHz PPDU**

802.11ax-2021, Figure 27-31.

123. In the Accused Instrumentalities that operate as non-AP Stations, the first HE-SIG-B field contains (1) a first common information field that includes resource unit allocation information to allocate a first set of resource units of the channel bandwidth to a first set of one or more stations in the plurality of stations and, when the channel bandwidth of the downlink frame is greater than or equal to a predetermined bandwidth size, a first indication as to whether a second set of resource units are allocated to a station in the plurality of stations; and (2) a first set of station specific information fields that include station specific information for the first set of one or more stations. The second HE-SIG-B field contains (1) a second common information field that includes (A) resource unit allocation information to allocate a third set of resource units of the channel bandwidth to a second set of one or more stations in the plurality of stations, and (B) when the channel bandwidth of the downlink frame is greater than or equal to the predetermined bandwidth size, a second indication as to whether a second set of resource units are allocated to a station in the plurality of stations; and (2) a second set of station specific information fields that include station specific information for the second set of one or more stations.

124. For example, the Wi-Fi 6 Standard provides that an HE-SIG-B content channel consists of a common field followed by a User specific field, wherein the common field of a HE-SIG-B content channel includes an RU allocation subfield that indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain and indicates information needed to compute the number of users allocated to each RU:

The HE-SIG-B content channel format is shown in Figure 27-26. The HE-SIG-B content channel consists of a Common field, if present, followed by a User Specific field.




**Figure 27-26—HE-SIG-B content channel format**

802.11ax-2021, at Figure 27-26 (emphasis added).

**Table 27-24—Common field**

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | *N* RU Allocation subfields are present in an HE-SIG-B content channel, where<br>*N* = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>*N* = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>*N* = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |

802.11ax-2021, at Table 27-24 (emphasis added).

125. The Wi-Fi 6 Standard also provides that the common field of the HE-SIG-B content channel of an HE MU PPDU with a bandwidth of 160 MHz includes two center 26-tone RU subfields to indicate whether a user is allocated to one or more of the center 26-tone RUs. *See* 802.11ax-2021, at Figure 27-31; Table 27-24. The 26-tone RU subfield in HE-SIG-B content channel 1 of a 160 MHz (or 80+80 MHz) HE MU PPDU is set to 1 to indicate a user is allocated to the center 26-tone RU of the lower frequency 80 MHz, and the 26-tone RU subfield in HE-SIG-B content channel 2 of a 160 MHz (or 80+80 MHz) HE MU PPDU is set to 1 to indicate a user is allocated to the center 26-tone RU of the higher frequency 80 MHz. *See* 802.11ax-2021, at Table 27-24. The Wi-Fi 6 Standard additionally provides that the common field of the HE-SIG-B content channel of an HE MU PPDU with a bandwidth of 80 MHz includes a center 26-tone RU subfield which is set to 1 to indicate a user is allocated to this RU. *See* 802.11ax-2021, at Figure 27-30.

| | | | |
|---|---|---|---|
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

802.11ax-2021, at Table 27-24. The Wi-Fi 6 Standard further discloses that the common field of the HE-SIG-B content channel is followed by a User specific field including User fields containing STA-ID subfields that identify the station (STA) or group of STAs that is the recipient of an RU in the HE MU PPDU transmitted. *See* 802.11ax-2021, at Figure 27-26; Table 27-28; § 26.11.1.

126. In the Accused Instrumentalities that operate as non-AP Stations, the station specific information associated with the second set of resource units is located between either (1) a last station specific information field of the first set of station specific information fields and the end of the first HE-SIG-B field, or (2) a last station specific information field of the second set of station specific information fields and the end of the second HE-SIG-B field. For example, the Wi-Fi 6 Standard provides that the User fields in a user specific field of an HE-SIG-B content channel of an 80 MHz HE MU PPDU are ordered such that the User fields indicated by the first RU allocation subfield are followed by the User fields indicated by the second RU allocation subfield, and that the User field indicated by the center 26-tone RU is appended as the last User field to the HE-SIG-B content channel 1 only. *See* 802.11ax-2021, at § 27.3.11.8.4; Table 27-24. The Wi-Fi 6 Standard also provides that the User fields in a User specific field of an HE-SIG-B content channel of a 160 MHz are ordered such that the set of User fields indicated by the first RU allocation subfield is followed by the set of User fields indicated by the second RU Allocation subfield; in turn these are followed by the set of User fields indicated by the third RU Allocation subfield and then by the set of User fields indicated by the fourth RU Allocation subfield. If the center 26-tone RU that spans subcarriers [–528:–516, –508:–496] is assigned, then its User field is appended to HE-SIG-B content channel 1. *See Id.* If the center 26-tone RU that spans subcarriers [496:508, 516:528] is assigned, then its User field is appended as the last User field to HE-SIG-B content channel 2. *See* 802.11ax-2021, at § 27.3.11.8.4.

127. In the Accused Instrumentalities that operate as non-AP Stations, the second set of resource units includes a resource unit that includes a first set of tones on a first side of a set of direct current (DC) tones and a second set of tones on a second side of the DC tones. For example, the Wi-Fi 6 Standard provides that an 80 MHz HE PPDU includes a center 26-tone RU with

subcarrier index of [-16: -4, 4:16] separated by seven DC tones with subcarrier index of [-3, 3]. *See* 802.11ax-2021, at Table 27-9. The Wi-Fi 6 Standard also provides that a 160 MHz HE PPDU includes at least two center 26-tone RUs with subcarrier indexes of [496:508, 516:528] and [-528:-516, -508:-496] respectively. *See* 802.11ax-2021, at Table 27-25. Figure 27-7 shows RU locations in an 80 MHz HE PPDU, in which the Center 26-tone RU is shown to be separated by seven (7) DC tones:




**Figure 27-7—RU locations in an 80 MHz HE PPDU**

802.11ax-2021, at Figure 27-7 (emphasis added). The Wi-Fi 6 Standard additionally provides that the same structure is used for the 80 MHz HE MU PPDU formats and the primary and secondary 80 MHz channels in the 160 MHz and 80+80 MHz HE MU PPDU formats. *See* 802.11ax-2021, at page 501.

128. In the Accused Instrumentalities that operate as non-AP Stations, the first HE-SIG-B field and the second HE-SIG-B field are concurrently transmitted in separate channels of the

channel bandwidth. For example, the Wi-Fi 6 Standard provides that an MU PPDU having a bandwidth of 80 MHz contains two HE-SIG-B content channels, each of which occupies a different frequency subchannel of the 80 MHz frequency channel. *See* 802.11ax-2021, at Figure 27-30. The Wi-Fi 6 Standard also further provides that an MU PPDU having a bandwidth of 160 MHz contains two HE-SIG-B content channels, each duplicated twice and occupying a 20 MHz frequency subchannel of the 160 MHz frequency channel. *See* 802.11ax-2021, at Figure 27-31.

129. The Accused Instrumentalities that operate as non-AP stations process one or more of the first common information field, the second common information field, the first set of station specific information fields, and the second set of station specific information fields to determine resource unit assignment for the station in the downlink frame. The Wi-Fi 6 Standard provides the common field of a HE-SIG-B content channel contains an RU Allocation subfield, which includes information needed to compute the numbers of users allocated to each RU. *See* 802.11ax-2021, at Table 27-24. The Wi-Fi 6 Standard additionally provides an example of the mapping of RU Allocation subfield and the position of User field to user assignment for one 20 MHz channel:




**Figure 27-27—Example of the mapping of 8-bit RU Allocation subfield and the position of User field to user's assignment for one 20 MHz channel**

802.11ax-2021, at Figure 27-27.

130. Walmart's infringement of claims 2-7 and 9-20 is demonstrated in the chart attached as Ex. 8.

131. Walmart is liable for its infringement of the ’425 patent pursuant to 35 U.S.C. § 271.

***Indirect Infringement (Inducement – 35 U.S.C. § 271(b))***

132. In addition and/or in the alternative to its direct infringements, Walmart has indirectly infringed and continues to indirectly infringe one or more claims of the ’425 patent by knowingly and intentionally inducing others to directly infringe claims 1-20 of the ’425 patent. Specifically, with respect to Accused Instrumentalities manufactured by Walmart or one of its affiliates or subsidiaries, Walmart has induced such affiliates or subsidiaries to directly infringe one or more claims of the ’425 patent by making and using such Accused Instrumentalities. With respect to all Accused Instrumentalities, Walmart has induced its customers and other end users of the Accused Instrumentalities to directly infringe by using the Accused Instrumentalities.

133. At a minimum, Walmart has had knowledge of the ’425 patent and its infringements since being served with this Complaint. Since receiving notice of its infringements, Walmart has actively induced, and continues to actively induce, the direct infringements of its affiliates, subsidiaries, customers, and end users as set forth above. Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the ’425 patent. Indeed, Walmart has intended to cause, continues to intend to cause, and has taken, and continues to take, affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the Accused Instrumentalities, including, for example, advertising to its

customers that it sells products that comply with the Wi-Fi 6 Standard;[42] creating and/or maintaining established distribution channels for the Accused Instrumentalities into and within the United States; manufacturing, or causing to be manufactured, Accused Instrumentalities, including Vizio and Onn products, in conformity with U.S. laws and regulations; providing technical documentation and tools for the Accused Instrumentalities that, among other things, instruct its customers to connect the Accused Instrumentalities to Wi-Fi networks to practice the Wi-Fi 6 Standard;[43] and incorporating (or causing to be incorporated) into Accused Instrumentalities manufactured by Walmart or one of its subsidiaries or affiliates (including Vizio and Onn products) instructions in the form executable code or logic that causes performance of claimed inventions. By providing such instructions and support, Walmart knows (and has known), or should know (and should have known), that its actions since the commencement of this action have actively induced, and continue to actively induce, infringement of the ’425 patent.

***Damages***

134. Atlas has been damaged as a result of Walmart’s infringing conduct described in this Count. Walmart is thus liable to Atlas in an amount that adequately compensates it for Walmart’s infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

---

[42] *See*, *e.g.*, https://www.walmart.com/ip/VIZIO-75-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M75Q6-L4/3897554538 (last accessed April 20, 2026) (advertising that the Vizio Class Quantum 4K QLED HDR Smart TV (M75Q6-L4) allows users to “[e]njoy faster streaming and gaming with WiFi 6”); https://www.walmart.com/ip/VIZIO-65-Class-Quantum-4K-QLED-HDR-Smart-TV-NEW-M65Q6-L4/2513765448 (last accessed April 20, 2026) (advertising that the VIZIO 65” Class Quantum 4K QLED HDR Smart TV (M65Q6-L4) has “WiFi6 [that] supports better streaming and gaming performance…”).

[43] *See*, *e.g.*, https://www.walmart.com/ip/VIZIO-70-Class-4K-UHD-LED-HDR-Smart-TV-New-V4K70M-08/5197667453? (last accessed April 20, 2026) (providing manuals and guides for VIZIO 70” Class 4K UHD LED HDR Smart TV (V4K70M-08)).

135. On information and belief, despite having knowledge of the ’425 patent and knowledge that it is directly and/or indirectly infringing one or more claims of the ’425 patent, Walmart has nevertheless continued its infringing conduct and disregarded an objectively high likelihood of infringement. Walmart’s infringing activities relative to the ’425 patent since the commencement of this action have been, and continue to be, willful, wanton, and deliberate in disregard of Atlas’s rights with respect to the ’425 patent, justifying enhanced damages under 35 U.S.C. § 284.

## CONCLUSION

136. Atlas is entitled to recover from Walmart the damages sustained by Atlas as a result of Walmart’s wrongful acts and willful infringements in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court.

137. Atlas has incurred and will incur attorneys’ fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute give rise to an exceptional case within the meaning of 35 U.S.C. § 285, and, in such case, Atlas is entitled to recover its reasonable and necessary attorneys’ fees, costs, and expenses.

## DEMAND FOR A JURY TRIAL

138. Atlas hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Atlas respectfully requests that this Court enter judgment in its favor and grant the following relief:

(i) Judgment and Order that Walmart has directly and/or indirectly infringed one or more claims of each of the patents-in-suit;

(ii) Judgment and Order that Walmart must pay Atlas past and future damages under 35 U.S.C. § 284, including supplemental damages arising from any continuing, post-verdict infringement for the time between trial and entry of the final judgment, together with an accounting, as needed, as provided under 35 U.S.C. § 284;

(iii) Judgment and Order that Walmart must pay Atlas reasonable ongoing royalties on a go-forward basis after Final Judgment;

(iv) Judgment and Order that Walmart's infringement of the patents-in-suit have been willful from the time that Walmart became aware of the infringing nature of its products, and that the Court award treble damages pursuant to 35 U.S.C. § 284;

(v) Judgment and Order that Walmart must pay Atlas pre-judgment and post-judgment interest on the damages award;

(vi) Judgment and Order that Walmart must pay Atlas's costs;

(vii) Judgment and Order that the Court find this case exceptional under the provisions of 35 U.S.C. § 285 and, accordingly, order Walmart to pay Atlas's attorneys' fees; and

(viii) Such other and further relief as the Court may deem just and proper.

Dated: April 21, 2026

Respectfully submitted,

*/s/ Edward R. Nelson III*

Edward R. Nelson III
State Bar No. 00797142
ed@nelbum.com
Brent N. Bumgardner
State Bar No. 00795272
brent@nelbum.com

Christopher G. Granaghan
State Bar No. 24078585
chris@nelbum.com
Carder W. Brooks
State Bar No. 24105536
carder@nelbum.com
Jinming Zhang
Virginia Bar No. 96210
jinming@nelbum.com
**Nelson Bumgardner Conroy PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111

**COUNSEL FOR PLAINTIFF ATLAS GLOBAL TECHNOLOGIES LLC**